| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Robert P. Goe – State Bar No. 137019<br>Reem J. Bello – State Bar No. 198840<br>GOE FORSYTHE & HODGES LLP<br>17701 Cowan, Lobby D, Suite 210<br>Irvine, CA 92614<br>Telephone: (949) 798-2460<br>Facsimile: (949) 955-9437<br>rgoe@goeforlaw.com<br>rbello@goeforlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* **Debtor** | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 04 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** deramus **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - CENTRAL DIVISION**

| In re:<br><br>SERENADE NEWPORT, LLC,<br><br><br><br><br>Debtor(s) | CASE NO.: 8:25-bk-11898-MH<br>CHAPTER: 11<br><br>**ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM**<br><br>**[FRBP 3003(c)(3); LBR 3003-1]**<br><br>☒ **No hearing: LBR 9013-1(q)**<br>☐ **Hearing information**<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

Based either on a filed motion to set a bar date or on this court's own motion, IT IS ORDERED THAT:

1. The general bar date for creditors of the Debtor to file proofs of claim (Bar Date) is *(date)* <u>October 1, 2025</u>, with the exceptions set forth in mandatory court form F 3003-1.NOTICE.BARDATE. With respect to governmental units, the person completing the notice is responsible for ensuring that it states the correct exception. If the stated deadline is incorrect, then the actual deadline is hereby set as the latter of (a) the incorrect date stated in the notice, (b) the statutory deadline (11 U.S.C. §§ 101(27) and 502(b)(9)), or (c) the general Bar Date.

//

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                               Page 1                               **F 3003-1.ORDER.BARDATE**

2. On or before (*date*) <u>August 11, 2025</u>, the Debtor must serve written notice of the bar date, using mandatory court form F 3003-1.NOTICE.BARDATE, on all creditors and the United States trustee.

3. ☐ Other (*specify*):

###

Date: August 4, 2025

Mark Houle
United States Bankruptcy Judge

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 3003-1.ORDER.BARDATE**