Robert P. Goe – State Bar No. 137019
Reem J. Bello – State Bar No. 198840
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Lobby D, Suite 210
Irvine, CA 92614
Telephone: (949) 798-2460
Facsimile: (949) 955-9437
Email:  rgoe@goeforlaw.com
            rbello@goeforlaw.com

Proposed Attorneys for Serenade Newport, LLC,
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**SERENADE NEWPORT, LLC**<br><br>Debtor and Debtor in Possession. | Case No. 8:25-bk-11898-MH<br><br>Chapter 11<br><br>[Filed July 11, 2025]<br><br>**CHAPTER 11 STATUS REPORT OF DEBTOR AND DEBTOR IN POSSESSION; DECLARATION OF SAHAND ZARGARI IN SUPPORT THEREOF**<br><br>**Status Conference:**<br>Date:          August 19, 2025<br>Time:         2:30 p.m.<br>Courtroom: 6C<br>Location:   411 West Fourth Street<br>                   Santa Ana, CA 92701 |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANRUPTCY JUDGE, TO THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL PARTIES IN INTEREST:**

Serenade Newport, LLC, Debtor and Debtor-in-Possession (the "Debtor"), in the above-captioned bankruptcy case, hereby files this chapter 11 status report addressing the matters set forth in this Court's *Order (1) Setting Scheduling Hearing And Case Management Conference And (2) Requiring Status Report* entered on July 14, 2025 [Docket No. 4].

1   The Debtor is a California limited liability company in good standing with the California Secretary of State. The following are the Debtor's Members: Sahand Zargari, and M J Gerro Family Trust. The Debtor was formed on June 13, 2025, to purchase the residential real property consisting of a single-family home located at 1501 Serenade Terrace, Corona del Mar, CA 92625-1753 (the "Property"). Escrow closed on the Debtor's purchase of the Property on June 18, 2025 ("Sale Closing Date").

The Debtor filed its Voluntary Petition under Chapter 11 on July 11, 2025 ("Petition Date"), in the Central District of California, Santa Ana Division ("Bankruptcy Case").

**(1) Describe the events that led up to and caused the filing of the Chapter 11 case.**

When the Debtor purchased the Property for $7,037,500.00, no writ of attachment, lis pendens, temporary protective order, or pending action were listed or reflected on the preliminary title report. Debtor made a down payment of $1,373,753.39 and financed the balance of the purchase price with two secured loans.

After Debtor purchased the Property, Debtor discovered that there were two actions filed in the Superior Court of the State of California involving the seller of the Property. One action was filed on June 6, 2025, and amended on July 1, 2025, by Bryan Gadol and Darren Testa ("Gadol Testa Plaintiffs"), against the former owner of the Property, Debtor, and others, ("Gadol Testa State Court Action") in the Orange County Superior Court ("State Court"). On June 12, 2025, the State Court in the Gadol Testa State Action issued a minute order granting an ex parte application for right to attach order and issuance of a writ of attachment ("Writ of Attachment"). After the Petition Date, on July 16, 2025, the Gadol Testa Plaintiffs recorded a Notice of Attachment in the Official Records of the County of Orange.

The other state court action was filed on or about July 9, 2025, by Avina LLC and Global Innovations, LLC ("Avina Global Plaintiffs") against the former owner of the Property, Debtor, and others in the Orange County Superior Court ("Avina Global State Court Action").

After Debtor purchased the Property, Debtor also discovered that there was an action filed against the former owner of the Property, and others, but not the Debtor, by Kristoffer Winters ("Winters") in the United States District Court, Central District of California ("District Court

2

Action"). In the District Court Action, a temporary protective order ("TPO") had been issued on June 18, 2025, which was the Sale Closing Date of the Debtor's purchase of the Property. The TPO was recorded on June 19, 2025, one day after the Sale Closing Date.

**(2) Describe the status of the Debtor's post-petition operations and its major assets and liabilities.**

Debtor's major asset is the Property, and its major liabilities are to PPRF Reit LLC in the approximate amount of $5,278,125 and Sitlani Holdings LLC in the approximate amount of $500,000, who hold deeds of trust against the Property and the claims set forth above with respect to the Property. Debtor also asserts that it may hold claims against California Best Title Company, Inc. in connection with its purchase of the Property as well as claims against the plaintiffs in the Gadol Testa State Court Action, the Avina Global State Court Action and the District Court Action for malicious prosecution and slander of title with respect to the Property. Debtor seeks to promptly sell the Property in the Bankruptcy Case. The Debtor believes that the Property has equity above the mortgage liens and the funds paid by the Debtor as a down payment to acquire the Property.

**(3) Describe the status of the Debtor's pre-petition and post-petition litigation.**

Status of Pre-Petition Litigation:

- The Gadol Testa State Court Action – Pending. State Court held a hearing on July 22, 2025, and noted that the automatic stay was in effect. At the July 22, 2025, hearing, the State Court dissolved the temporary restraining order as an operation of law and set a status hearing for August 18, 2025, at 10:30 a.m.
- The Avina Global State Court Action – Pending. Complaint was not served on Debtor. Debtor has not appeared as Bankruptcy Case was filed one day later on July 11, 2025.
- The District Court Action – Pending, but a Notice of Stay of Proceedings was filed on July 14, 2025.

No post-petition litigation has been initiated.

**(4) State whether the estate has any potential avoidance actions as described in 11 U.S.C. §§554-550. If so, describe them briefly and state whether complaints have been filed. If complaints have not been filed, explain why not and estimate when they will be filed.**

Debtor is not aware of any potential avoidance actions as described in 11 U.S.C. §§554-550.

**(5) Disclose whether counsel has been retained in this case. If so, whether the court has approved the employment. If the Debtor has not sought or obtained approval of counsel, explain why not.**

Goe Forsythe & Hodges LLP ("GFH") is the Debtor's proposed general bankruptcy counsel. The application to employ GFH was filed on July 17, 2025 [Docket No. 14].

**(6) Disclose whether other professionals have been retained in this case. If so, whether the court has approved the employment. If the Debtor has not sought or obtained approval of professional employment, explain why not?**

No other professionals have been retained in this case.

**(7) Disclose whether the Debtor is in compliance with all of its duties under 11 U.S.C. §§521, 1106 and 1107 and all applicable guidelines of the Office of the United States Trustee. If not, explain why not.**

Debtor believes it is in compliance with its duties under the Bankruptcy Code, applicable Bankruptcy Rules and with the guidelines of the Office of the United States Trustee.

**(8) Whether the case is a small business case within the meaning of 11 U.S.C. §101(51D).**

This is not a small business case within the meaning of 11 U.S.C. §101(51D).

**(9) Whether the case is a single asset real estate case within the meaning of 11 U.S.C. §101(51B).**

This is a single asset real estate case within the meaning of 11 U.S.C. §101(51B).

**(10) Proposed deadline for filing and serving a disclosure statement and plan of reorganization. If a disclosure statement cannot be filed within the first 120 days of this case, explain the reasons for delay.**

Debtor proposes a deadline of October 7, 2025, for filing and serving its disclosure statement and plan of reorganization.

**(11) Proposed deadline for filing proofs of claims.**

The Court set a deadline of October 1, 2025, for filing proofs of claims.

**(12) Proposed deadline for filing objections to proofs of claims.**

Debtor proposes no deadline be set for filing objections to proofs of claims.

**(13) Proposed deadline for filing any avoidance actions.**

Debtor proposes the Section 546 deadline for filing any avoidance actions.

Dated: August 5, 2025

Respectfully submitted by
**GOE FORSYTHE & HODGES LLP**

By: /s/Robert P. Goe
Robert P. Goe
Proposed Counsel for Serenade Newport, LLC

## SUPPORT OF THE DEBTOR'S STATUS REPORT

I, Sahand Zargari, declare and state:

I am the managing member of Serenade Newport, LLC, the debtor and debtor-in possession in this bankruptcy (the "Debtor"). I have personal knowledge of the facts alleged herein and if called upon as a witness, I could and would competently testify thereto. I make this declaration in support of the Debtor's Status Report (the "Report") for the August 19, 2025, Status Conference. All capitalized terms shall have the same meaning as set forth in the Report.

1. I reviewed the Report to which this Declaration is attached, and the statements discussed therein are accurate and correct. The Debtor was formed on June 13, 2025, to purchase the residential real property consisting of a single-family home located at 1501 Serenade Terrace, Corona del Mar, CA 92625-1753 (the "Property"). Escrow closed on the Debtor's purchase of the Property on June 18, 2025 ("Sale Closing Date").

2. Debtor's major asset is the Property, and its major liabilities are to PPRF Reit LLC in the approximate amount of $5,278,125 and Sitlani Holdings LLC in the approximate amount of $500,000, who hold deeds of trust against the Property and the claims set forth above with respect to the Property. Debtor also asserts that it may hold claims against California Best Title Company, Inc. in connection with its purchase of the Property as well as claims against the plaintiffs in the Gadol Testa State Court Action, the Avina Global State Court Action and the District Court Action for malicious prosecution and slander of title with respect to the Property.

3. Debtor seeks to promptly sell the Property in the Bankruptcy Case. The Debtor believes that the Property has equity above the mortgage liens and the funds paid by the Debtor as a down payment to acquire the Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 4, 2025                           By: /s/ *signature*

                                                Sahand Zargari, Managing Member
                                                Serenade Newport, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17701 Cowan, Suite 210, Bldg. D, Irvine, CA 92614.

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 11 STATUS REPORT OF DEBTOR AND DEBTOR IN POSSESSION; DECLARATION OF SAHAND ZARGARI IN SUPPORT THEREOF**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 5, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello**     rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Anthony Bisconti**     tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Robert P Goe**     rgoe@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Christopher J Harney**     charney@tocounsel.com, mmason@tocounsel.com
- **Steven J. Katzman**     skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov

☐     Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) August 5, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒     Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 5, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Mark Houle, USBC, 411 West Fourth Street, Suite 6135, Santa Ana, CA 92701

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 5, 2025 | Susan C. Stein |  | /s/Susan C. Stein |
|---|---|---|---|
| *Date* | *Printed Name* |  | *Signature* |

In re Serenade Newport, LLC
8:25-bk-11898-MH
Filed: 07-11-2025

**DEBTOR**
Serenade Newport, LLC
500 N State College Blvd, Suite 1100
Orange, CA 92868-1625

**Office of the United States Trustee**
Queenie K Ng
United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-4500

### CREDITORS

Avina LLC
22704 Ventura Blvd
Woodland Hills, CA 91364-1333

Avina LLC
c/o CSC Lawyers Incorporating Svc
Koy Saecho
2710 Gateway Oaks Drive
Sacramento, CA 95833-3505

Bryan Gadol
c/o Theodora Oringher PC
535 Anton Blvd, 9th FL
Costa Mesa,m CA 92626-7109

California Best Title Company, Inc
500 S Kraemer Blvd, Suite 300
Brea, CA 92821-6768

California Best Title Company, Inc
c/o Sun Y Park
Agent for Service of Process
3400 W Olympic Blvd, STE 200
Los Angeles, CA 90019-2351

California Dept of Fee & Tax Admin
PO Box 942879
Sacramento, CA 94279-0001

Darren S Enenstein
Enenstein Phan Glass & Rabbat LLP
3200 Bristol St., Suite 500
Costa Mesa, CA 92626

Darren Testa
c/o Theodora Oringher PC
535 Anton Blvd, 9th FL
Costa Mesa, CA 92626-7109

FCI Lender Services
Attn: Loan Servicing Dept
PO Box 27370
Anaheim, CA 92809-0112

Franchise Tax Board
Bankruptcy Section MS: A-30
PO Box 2952
Sacramento, CA 95812-2952

Global Innovations, LLC
20550 Nordhoff Street
Chatsworth, CA 91311-6113

Global Innovations, LLC
Avi Wazana, Agent for Service
22704 Ventura Blvd, Suite 218
Chatsworth, CA 91311

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kristoffer Winters
c/o Steven J Katzman
Bienert Katzman et al.
903 Calle Amanecer, Suite 350
San Clemente, CA 92673-6253

Michael John Gerro
500 N State College Blvd, Suite 1100
Orangem CA 92868-1625

Michael John Gerro, Trustee of the MJ
Gerro Fmaily Trust Dated 10/31/2012
500 N State College Blvd, Suite 1100
Orange, CA 92868-1625

Orange County Treasurer-Tax Collector
601 N Ross Street
Santa Ana, CA 92701-4091

PPRF Reit LLC
16236 San Dieguito Road, Ste 4-21
PO Box 9494
Rancho Santa Fe, CA 92067-4494

Sahand Zargari
500 N State College Blvd, Suite 1100
Orange, CA 92868-1625

Sitlani Holdings LLC
16186 Palimino Valley Rd
San Diego, CA 92127-4442

Todd C Theodora
Theodora Oringher PC
535 Anton Blvd, 9th FL
Costa Mesa,m CA 92626-7109