1  Robert P. Goe – State Bar No. 137019
   Reem J. Bello – State Bar No. 198840
2  **GOE FORSYTHE & HODGES LLP**
   17701 Cowan, Bldg. D, Suite 210
3  Irvine, CA 92614
   rgoe@goeforlaw.com
4  rbello@goeforlaw.com
   Telephone: (949) 798-2460
5  Facsimile: (949) 955-9437

6  Attorneys for Debtor and Debtor-in-Possession,
   Serenade Newport, LLC

7

8

9              **UNITED STATES BANKRUPTCY COURT**

10          **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

11

| | |
|---|---|
| In re: | Case No. 8:25-bk-11898-MH |
| **SERENADE NEWPORT, LLC,** | Chapter 11 Proceeding |
| Debtor and Debtor-in-possession. | **SUPPLEMENTAL DECLARATION OF SAHAND ZARGARI IN SUPPORT OF MOTION FOR ORDER:** <br> **(1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(b) AND (f);** <br> **(2) APPROVING OVERBID PROCEDURES;** <br> **(3) AUTHORIZING DISTRIBUTION OF SALES PROCEEDS;** <br> **(4) WAIVER OF FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h); AND** <br> **(5) FINDING BUYER TO BE A GOOD FAITH PURCHASER PURSUANT TO 11 U.S.C. § 363(m)** <br><br> [Real Property to be Sold Located at 1501 Serenade Terrace, Corona Del Mar, California 92625] <br><br> Date: September 2, 2025 <br> Time: 2:30 p.m. <br> Courtroom: 6C |

1



United States Bankruptcy Court 411
West Fourth Street
Santa Ana, CA 92701-4593

I, Sahand Zargari, declare and state as follows.

I am the managing member of Serenade Newport, LLC, the debtor and debtor-in possession in this bankruptcy (the "Debtor"). I have personal knowledge of the facts alleged herein and if called upon as a witness, I could and would competently testify thereto. I make this supplemental declaration in support of Debtor's *Motion for Order (1) Approving Sale of Real Property Free and Clear of Liens, Claims, and Interests Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Approving Overbid Procedures; (3) Authorizing Distribution of Sales Proceeds; (4) Waiver of Federal Rule of Bankruptcy Procedure 6004(h); and (5) Finding Buyer a Good Faith Purchaser Pursuant to 11 U.S.C. § 363(m)* ("Motion"), to which this declaration is attached. Any capitalized terms not otherwise defined herein have the same meanings as they do in the Motion.

1. The Purchase Agreement attached as **Exhibit 1** lists Jacob Wolf ("Mr. Wolf") with License Number 02145808 as the Debtor's real estate agent and Luxe Real Estate with License Number 01993277 as the Debtor's broker. *See* **Exhibit 1** attached to the Motion.

2. Luxe Real Estate ("Luxe Real Estate") is a dba of Luxe Maison Properties, Inc. which holds the License Number 01993277 ("Luxe Maison") with the State of California Department of Real Estate.

3. The Daftarian Group ("DG") is also a dba of Luxe Maison. Lux Real Estate, DG and Luxe Maison shall be referred to herein collectively as "DG".

4. Some of the disclosure documents signed by Debtor as the seller that are attached as part of **Exhibit 1** have the logo of DG at the top. I am a licensed real estate agent with DG and

2

used some of the form disclosure documents from DG that I have access to for the sale of the Property to Buyers.

5. DG was Debtor's listing agent for the Property pre-petition.

6. After the Purchase Agreement was entered into and prior to the Petition Date, DG terminated its Residential Listing Agreement with the Debtor.

7. DG is not employed by the Debtor and is not going to be paid any commission from the sale of the Property.

8. Raj Mulchandani also brokered a loan for a different LLC of which I was a member in 2022.

I declare under penalty of perjury under the laws of the state of California and United States of America, that the foregoing is true and correct.

Executed on August 13, 2025

_____
Sahand Zargari

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17701 Cowan, Bldg. D, Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*)**: SUPPLEMENTAL DECLARATION OF SAHAND ZARGARI IN SUPPORT OF MOTION FOR ORDER: (1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(b) AND (f); (2) APPROVING OVERBID PROCEDURES; (3) AUTHORIZING DISTRIBUTION OF SALES PROCEEDS; (4) WAIVER OF FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(h); AND (5) FINDING BUYER TO BE A GOOD FAITH PURCHASER PURSUANT TO 11 U.S.C. § 363(m)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*), I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Anthony Bisconti**    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Robert P Goe**    rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Christopher J Harney**    charney@tocounsel.com, mmason@tocounsel.com
- **Steven J. Katzman**    skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Charles Pernicka**    charles@opuslawfirm.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 14, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 14, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Mark Houle, USBC, 411 West Fourth Street, Suite 5130, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 14, 2025 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4