```
 1  PETER C. ANDERSON
    UNITED STATES TRUSTEE
 2  KENNETH M. MISKEN, State Bar No. 349167
    ASSISTANT UNITED STATES TRUSTEE
 3  QUEENIE K. NG, State Bar No. 223803
    TRIAL ATTORNEY
 4  Office of the United States Trustee
    411 W. Fourth Street, Suite 7160
 5  Santa Ana, CA 92701
    (714) 338-3403 telephone
 6  (714) 338-3421 facsimile
    Email: queenie.k.ng@usdoj.gov
 7
```

FILED & ENTERED

SEP 12 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

**SERENADE NEWPORT, LLC.**

　　　　　Debtor.

Case No.: 8:25-bk-11898 MH

Chapter 11

**ORDER GRANTING MOTION TO DISMISS BANKRUPTCY FOR CAUSE**

Date:　September 9, 2025
Time:　2:30 p.m.
Ctrm:　6C

　　　A hearing was held on September 9, 2025 at 2:30 p.m. before the Honorable Mark D. Houle, United States Bankruptcy Judge for the Central District of California in Courtroom 6C located at 411 West Fourth Street, Santa Ana, CA, on the Motion (the "Motion") to Dismiss Bankruptcy for Cause filed by Bryan Gadol and Darren Testa [Bankr. Dkt. # 53]. Queenie K. Ng appeared on behalf of the United States Trustee. Christopher J. Harney of Theodora Oringher PC appeared on behalf of Bryan Gadol and Darren Testa. Robert Goe and Reem J. Bello of Goe Forsythe & Hodges LLP appeared on behalf of the Debtor. Anthony Bisconti of Bienert Katzman

Littrell Williams LLP appeared on behalf of Kristoffer Winters ("Winters"). George Gerro of Gerro & Gerro appeared on behalf of Michael J. Gerro and Sahand Zargari. Charles Pernicka of The Opus Law Firm appeared on behalf of PPRF REIT, LLC, Sitlani Holdings LLC and Mahesh Tilokani. David Zolkin of Weintraub Zolkin Talerico & Selth LLP appeared on behalf of Global Innovations, LLC and Avina LLC. All other appearances, if any, were as noted on the record.

The Court having read and considered the Motion [Bankr. Dkt. # 53], Notice of Joinder to Motion filed by Avina LLC and Global Innovations, LLC [Bankr. Dkt. # 64], Winters' Joinder to Motion [Bankr. Dkt. #74], Debtor's Opposition to the Motion [Bankr. Dkt. # 76], Debtor's Opposition to Joinder [Bankr. Dkt. # 77], Opposition filed by Michael Gerro and Sahand Zargari [Bankr. Dkt. # 79] and Reply in Support of Motion [Bankr. Dkt. # 81], the oral arguments presented at the hearing, and for GOOD CAUSE APPEARING, and for the reasons stated on the record, the Court finds cause, including finding that Debtor's bankruptcy case was filed in bad faith, to grant the motion and dismiss or convert the case under 11 U.S.C. § 1112(b), but finds that appointment of a Chapter 11 Trustee is in the best interest of creditors and the estate. Therefore, for the reasons stated on the record, the Court orders as follows:

(1) The Motion is granted under 11 U.S.C. § 1112(b)(1); and

(2) The United States Trustee is hereby authorized and directed to promptly appoint a Chapter 11 Trustee in this case. In accordance with 11 U.S.C. § 1104(a) and FED. R. BANKR. P. Rule 2007.1(c), the United States Trustee shall file a notice of the appointment of the Chapter 11 Trustee; such appointment shall be subject to approval by the Court.

**IT IS SO ORDERED.**

Date: September 12, 2025

Mark Houle
United States Bankruptcy Judge