Christopher J. Harney, Esq. (State Bar No. 322306)
charney@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

*Counsel for Bryan Gadol, an individual, and
Darren Testa, an individual*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>SERENADE NEWPORT, LLC,<br><br>Debtor and Debtor in Possession. | Case No. 8:25-bk-11898-MH<br>Chapter 11<br><br>Assigned to Hon. Mark D. Houle<br><br>**STIPULATION WITHDRAWING MOTION FOR ANNULMENT OF THE AUTOMATIC STAY AND FOR RELIEF FROM THE AUTOMATIC STAY (ACTION IN NON-BANKRUPTCY FORUM), WAIVER OF ANY CLAIM FOR STAY VIOLATION, AND AGREEMENT TO REMOVE POST-PETITION RECORDINGS**<br><br>Date: November 4, 2025<br>Time: 2:30 p.m.<br>Dept: 6C |

1336015.1/82189.05002

1

**STIPULATION WITHDRAWING MOTION FOR ANNULMENT OF THE AUTOMATIC STAY**

Mr. Bryan Gadol and Mr. Darren Testa ("Movants") and Debtor Serenade Newport, LLC ("Debtor"), through their respective counsel of record, stipulate and agree as follows:

WHEREAS, on July 11, 2025 a Lis Pendens was recorded against the real property located at 1501 Serenade Terrace, Corona del Mar, CA 92625 (the "Property").

WHEREAS, on July 16, 2025, a pre-judgment writ of attachment in favor of Bryan Gadol and Darren Testa was recorded against the Property.

WHEREAS, Movants filed a Motion for Annulment of the Automatic Stay and for Relief from the Automatic Stay (action in non-bankruptcy forum), set for hearing on November 4, 2025.

## STIPULATION

WHEREFORE, based on the above and the foregoing, Plaintiff and Defendant stipulate and agree as follows:

1. Movants agree to withdraw their Motion for Annulment of the Automatic Stay and for Relief from the Automatic Stay (action in non-bankruptcy forum).

2. Debtor agrees that it hereby releases any claims against Movants or their counsel related to the July 11, 2025 Lis Pendens and July 16, 2025 recordation of the Writ of Attachment, including any claims with respect to any alleged improper attachment and agrees that it releases and waives and will not seek sanctions for any alleged violation of the automatic stay.

3. The Trustee agrees that it hereby releases any claims against Movants or their counsel related to the July 11, 2025 Lis Pendens and July 16, 2025 recordation of the Writ of Attachment, including any claims with respect to any alleged improper attachment and agrees that it releases and waives and will not seek sanctions for any alleged violation of the automatic stay.

4. Movants agree to cause to be withdrawn, released and/or terminated the Lis Pendens and recordation of the Writ of Attachment as soon as is reasonable and practical upon entry of this Stipulation.

**STIPULATED AND AGREED TO BY:**

DATED: October 1, 2025            THEODORA ORINGHER PC

By: _____/s/ Christopher J. Harney_____
Christopher J. Harney

*Counsel for Bryan Gadol, an individual, and Darren Testa, an individual*

DATED: October 1, 2025            GOE FORSYTHE & HODGES LLP

By: _____/s/_____
Robert R. Goe
17701 Cowan Building D
Suite 210
Irvine, CA 92614
rgoe@goeforlaw.com
(949) 798-2460

*Counsel for Debtor Serenade Newport, LLC*

DATED: October 1, 2025            RINGSTAD & SANDERS LLP

By: _____/s/_____
Todd C. Ringstad
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
todd@ringstadlaw.com
(949) 851-7450

*Counsel for Thomas H. Casey, Trustee*

**STIPULATED AND AGREED TO BY:**

DATED: October 1, 2025    THEODORA ORINGHER PC

By: /s/
 Christopher J. Harney

*Counsel for Bryan Gadol, an individual, and Darren Testa, an individual*

DATED: October 1, 2025    GOE FORSYTHE & HODGES LLP

By: /s/
Robert P. Goe
17701 Cowan Building D
Suite 210
Irvine, CA 92614
rgoe@goeforlaw.com
(949) 798-2460

*Counsel for Debtor Serenade Newport, LLC*

DATED: October 1, 2025    RINGSTAD & SANDERS LLP

By: [signature]
Todd C. Ringstad
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
todd@ringstadlaw.com
(949) 851-7450

*Counsel for Thomas H. Casey, Trustee*

1336015.1/82189.05002    3
**STIPULATION WITHDRAWING MOTION FOR ANNULMENT OF THE AUTOMATIC STAY**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 535 Anton Boulevard, Ninth Floor, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled *(specify):* **STIPULATION WITHDRAWING MOTION FOR ANNULMENT OF THE AUTOMATIC STAY AND FOR RELIEF FROM THE AUTOMATIC STAY (ACTION IN NON-BANKRUPTCY FORUM), WAIVER OF ANY CLAIM FOR STAY VIOLATION, AND AGREEMENT TO REMOVE POST-PETITION RECORDINGS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 1, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Anthony Bisconti    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com, docket@bklwlaw.com
- Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
- George Gerro    george@gerrolaw.com
- Robert P Goe    rgoe@goeforlaw.com, kmurphy@goeforlaw.com; goeforecf@gmail.com; Goe.RobertP.R@notify.bestcase.com; ajohnston@goeforlaw.com
- Christopher J Harney    charney@tocounsel.com, dfunsch@tocounsel.com
- Steven J. Katzman    skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- Bahram Paya    brian.paya@payafirm.com
- Charles Pernicka    charles@opuslawfirm.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Matthew Rosene    mrosene@epgrlawyers.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- David B Zolkin    dzolkin@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

**2. SERVED BY UNITED STATES MAIL:**

On October 1, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Queenie K Ng
411 West Fourth St., Suite 7160 Santa Ana, CA 92701

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) October 1, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method}, by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
VIA NEXT DAY COURIER: Hon. Mark D. Houle, U.S. Bankruptcy Court; Ronald Reagan Federal Building and Courthouse, 411 West Fourth Street, Suite 6135 /Courtroom 6C; Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 1, 2025 | Desiree Funsch | *Desiree Funsch* (signature) |
|---|---|---|
| Dated | Printed Name | Desiree Funsch |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       F 9013-3.1.PROOF.SERVICE