1  Christopher J. Harney, Esq. (State Bar No. 322306)
   charney@tocounsel.com
2  THEODORA ORINGHER PC
   535 Anton Boulevard, Ninth Floor
3  Costa Mesa, California 92626-7109
   Telephone: (714) 549-6200
4  Facsimile: (714) 549-6201

5  Attorneys for Movants,
   Bryan Gadol, an individual; and
6  Darren Testa, an individual

**FILED & ENTERED**

**OCT 15 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>SERENADE NEWPORT, LLC,<br><br>     Debtor and Debtor in Possession. | Case No. 8:25-bk-11898-MH<br>Chapter 11<br><br>Assigned to Hon. Mark D. Houle<br><br>**ORDER RE STIPULATION TO WITHDRAW MOTION FOR ANNULMENT OF THE AUTOMATIC STAY AND RELIEF FROM THE AUTOMATIC STAY (DKT #108)** |

2025-10-13 Proposed Order re Stip Withdrawing Mtn for Annulment of Stay.docx

*[PROPOSED] ORDER RE STIPULATION TO WITHDRAW MOTION FOR ANNULMENT OF THE AUTOMATIC STAY AND RELIEF FROM THE AUTOMATIC STAY*

Upon consideration of the Stipulation Withdrawing Motion for Annulment of the Automatic Stay and for Relief from the Automatic Stay (Action In Non-Bankruptcy Forum), Waiver of Any Claim for Stay Violation, and Agreement to Remove Post-Petition Recordings, entered into between Movants Bryan Gadol and Ryan Testa ("Movants"), Debtor Serenade Newport, LLC, and Chapter 11 Trustee Thomas H. Casey (collectively, the "Parties") by and through the Parties' respective counsel of record herein, filed with this Court on October 1, 2025 (Document No. 108), and good cause appearing therefore, it is hereby ordered that the Stipulation is approved.

**IT IS SO ORDERED.**

###

Date: October 15, 2025

Mark Houle
United States Bankruptcy Judge

2025-10-13 Proposed Order re Stip Withdrawing Mtn for Annulment of Stay.docx

2

*[PROPOSED] ORDER RE STIPULATION TO WITHDRAW MOTION FOR ANNULMENT OF THE AUTOMATIC STAY AND RELIEF FROM THE AUTOMATIC STAY*