CHARLES L. PERNICKA (CAL. BAR NO. 224134)
THE OPUS LAW FIRM
P.O. Box 1502
Rancho Santa Fe, California 92067
Phone/Fax: 877-775-4564
E-Mail: charles@opus.attorney

Attorneys for Secured Creditors
PPRF REIT, LLC, SITLANI HOLDINGS LLC,
and MAHESH TILOKANI

**FILED & ENTERED**

**NOV 06 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>SERENADE NEWPORT, LLC,<br><br>  Debtor and Debtor-in-Possession., | Case No. 8:25-bk-11898-MH<br><br>Chapter 11<br><br>**ORDER RE STIPULATION RE SECURED CREDITORS CLAIMS (DOC # 119)**<br><br>Courtroom 6C<br>Judge: Hon. Mark D. Houle |

ORDER RE STIPULATION RE SECURED CREDITORS CLAIMS

1  Upon consideration of the Stipulation regarding Secured Creditors Claims, entered
2  into by and between Secured Creditors PPRF REIT, LLC, Sitlani Holdings LLC, and
3  Mahesh Tilokani (collectively, "Secured Creditors") and Chapter 11 Trustee Thomas H.
4  Casey (collectively, the "Parties"), by and through the Parties' respective counsel of record
5  herein, filed with this court on October 22, 2025 (Document No. 119) (the "Stipulation"),
6  and good cause appearing therefore, it is hereby ordered that the Stipulation is approved.

8  **IT IS SO ORDERED.**

11  ###

Date: November 6, 2025

_____
Mark Houle
United States Bankruptcy Judge