Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

Proposed Counsel for
Thomas H. Casey, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>SERENADE NEWPORT, LLC.,<br><br>Debtor. | Case No. 8:25-bk-11898 MH<br><br>Chapter 11 Proceeding<br><br>**NOTICE OF CONTINUED CHAPTER 11 STATUS CONFERENCE**<br><br>Continued Status Conference:<br>Date:  January 20, 2026<br>Time: 2:30 p.m.<br>Place: Courtroom 6C<br>　　　411 West Fourth Street<br>　　　Santa Ana, California 92701 |

**PLEASE TAKE NOTICE** that the Court has ordered a continued Chapter 11 Status Conference hearing in the above proceeding for January 20, 2026, at 2:30 p.m., in Courtroom 6C of the United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, California,

1  92701.  The Court has further ordered that the Trustee file an updated Chapter 11 Status Report

2  on or before January 13, 2026.

3  Date: November 6, 2025                           RINGSTAD & SANDERS, LLP

5  By: *[signature]*
   Todd C. Ringstad
6  Proposed Counsel for Thomas H. Casey,
   Chapter 11 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 23101 Lake Center Drive, Suite 355, Lake Forest, Ca 92630.

A true and correct copy of the foregoing documents entitled (*specify*): **NOTICE OF CONTINUED CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 6, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Anthony Bisconti**    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Thomas H Casey (TR)**    msilva@tomcaseylaw.com, thc@trustesolutions.net
- **George Gerro**    george@gerrolaw.com
- **Robert P Goe**    rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Christopher J Harney**    charney@tocounsel.com, kmanson@tocounsel.com
- **Steven J. Katzman**    skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Bahram Paya**    brian.paya@payafirm.com
- **Charles Pernicka**    charles@opuslawfirm.com
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Matthew Rosene**    mrosene@epgrlawyers.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **David B Zolkin**    dzolkin@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On  November 6, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark D. Houle, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Suite 6135, Courtroom 6C, Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 6, 2025 | Becky Metzner | */s/ Becky Metzner* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                            **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          ECF Service                              Serenade Newport, LLC
0973-8                                   Goe Forsythe & Hodges LLP                500 N. State College Blvd.
Case 8:25-bk-11898-MH                    17701 Cowan                              Suite 1100
Central District of California           Suite 210                                Orange, CA 92868-1625
Santa Ana                                Irvine, CA 92614-6840
Thu Nov  6 09:31:04 PST 2025
                                         ECF Service on Counsel                   ECF Service on Counsel
Santa Ana Division                       (p)AVINA LLC                             Avina LLC
                                         22704 VENTURA BLVD #218                  c/o CSC Lawyers Incoporating Srvc.
,///////////////////////////////         WOODLAND HILLS CA 91364-1333             Koy Saecho
Santa Ana, CA 92701-4500                                                          2710 Gateway Oaks Drive
                                                                                  Sacramento, CA 95833-3505


ECF Servie
Avina LLC and Global Innovations LLC     Bryan Gadol                              California Best Title Company, Inc.
c/o David B Zolkin                       c/o Theodora Oringher PC                 500 S. Kraemer Blvd. Suite 300
11766 Wilshire Blvd Ste 730              535 Anton Boulevard, Ninth Floor         Brea, CA 92821-6768
Los Angeles, CA 90025-6577               Trabuco Canyon, CA 92679-7109


                                                                                  ECF SERVICE
California Best Title Company, Inc.      California Dept. of Fee & Tax Admin      Charles L. Pernicka
c/o Sun Y Park                           P.O. Box 942879                          The Opus Law Firm
Agent for Service of Process             Sacramento, CA 94279-0001                P.O. Box 1502
3400 W. Olympic Blvd. STE 200                                                     Rancho Santa Fe, CA 92067-1502
Los Angeles, CA 90019-2351


Darren S. Enenstein                      Darren Testa                             FCI Lender Services
3200 Bristol St., Suite 500              c/o Theodora Oringher PC                 Attn: Loan Servicing Dept
Costa Mesa, CA 92626-1810                535 Anton Blvd, #900                     P.O. Box 27370
                                         Costa Mesa, CA 92626-7109                Anaheim, CA 92809-0112


                                         ECF SERVICE ON COUNSEL                   ECF SERVICE ON COUNSEL
Franchise Tax Board Bankruptcy           Global Innovations, LLC                  Gobal Innovations, LLC
Section MS: A-30                         20550 Nordhoff Street                    Avi Wazana - Agent for Service
P.O. Box 2952                            Chatsworth, CA 91311-6113                22704 Ventura Blvd
Sacramento, CA 95812-2952                                                         Suite 218
                                                                                  Chatsworth, CA 91311

                                         ECF SERVICE
Internal Revenue Service                 Kristoffer Winters                       Lugano Diamonds & Jewelry, Inc.
P.O. Box 7346                            c/o Stevent J .Katzman                   Christoph Pachier
Philadelphia, PA 19101-7346              Bienert Katzman                          620 Newport Center Dr Ste 700
                                         903 Calle Amanecer, Suite 350            Newport Beach CA 92660-8014
                                         San Clemente, CA 92673-6253

                                         ECF SERVICE ON COUNSEL                   ECF SERVICE ON COUNSEL
MES Newport LLC                          Michael John Gerro, Trustee of the       Michael John Gerro, Trustee of the
530 S. Glenoaks Blvd., Suite 200         MJ Gerro Family Trust Dated October 31,  MJ Gerro Family Trust dated 10/31/2012
Burbank, CA 91502-2753                   530 S. Glenoaks Blvd., Suite 200         500 N. State College Blvd., Suite 1100
                                         Burbank, CA 91502-2753                   Orange, CA 92868-1625


                                                                                  ECF SERVICE ON COUNSEL
Orange County Rreasurer-Tax Collect      Orange County Treasurer-Tax Collect      PPRF REIT, LLC
601 N. Ross Street                       601 N. Ross Street                       The Opus Law Firm, Attn: Charles Pernick
Santa Ana, CA 92701-4091                 Santa Ana, CA 92701-4091                 P.O. Box 1502
                                                                                  Rancho Santa Fe, CA 92067-1502


ECF SERVICE ON COUNSEL
PPRF Reit LLC                            Sahand Zargari                           Sitlani Holdings LLC
16236 San Dieguito Rd                    530 S. Glenoaks Blvd., Suite 200         16186 Palimino Valley Road
Ste 4-21                                 Burbank, CA 91502-2753                   San Diego, CA 92127-4442
PO Box 9491
Rancho Santa Fe, CA 92067-4491
```

| | | |
|---|---|---|
| Sitlani Holdings LLC and Mahesh Tilokani<br>The Opus Law Firm, Attn: Charles L. Pern<br>P.O. Box 1502<br>Rancho Santa Fe, CA 92067-1502 | Todd C. Theodora<br>Theodora Oringher PC<br>535 Anton Boulevard, Ninth Floor<br>Costa Mesa, CA 92626-7109 | ECF SERVICE<br>United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 |
| ECF SERVICE<br>Reem J Bello<br>Goe Forsythe & Hodges LLP<br>17701 Cowan<br>Building D<br>Ste 210<br>Irvine, CA 92614-6840 | ECF SERVICE<br>Robert P Goe<br>Goe Forsythe & Hodges LLP<br>17701 Cowan<br>Building D<br>Suite 210<br>Irvine, CA 92614-6840 | ECF SERVICE<br>Thomas H Casey (TR)<br>26400 La Alameda, Suite 210<br>Mission Viejo, CA 92691-8578 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Avina LLC<br>22704 Ventura Blvd<br>Woodland Hills, CA 91364 | (d)Global Innovations, LLC<br>Avi Wazana - Agent for Service<br>22704 Ventura Blvd., Ste 218<br>Woodland Hills, CA 91364 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Avina LLC | (u)Courtesy NEF | (u)Global Innovations, LLC |
| (u)PPRF REIT, LLC | (u)SITLANI HOLDINGS LLC | (u)Bryan Gadol |
| (u)Darren Testa | (u)Kristoffer Winters | (u)Mahesh Tilokani |
| (u)Michael J Gerro | (u)Sahand Zargari | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients    11<br>Total                  46 |