

**FILED & ENTERED**

**DEC 04 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jle         DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>SERENADE NEWPORT, LLC<br><br>Debtor. | Case No: 8:25-bk-11898-MH<br><br>Chapter: 11<br><br>**ORDER CONTINUING HEARING ON MOTION FOR RELIEF UNDER RULE 9023 AND RULE 7052 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE INCORPORATING RULE 59 AND RULE 52 OF THE FEDERAL RULES OF CIVIL PROCEDURE TO ALTER OR AMEND THE COURT'S ORDER AND/OR TO AMEND THE COURT'S FINDINGS AND JUDGMENT [DKT. NO. 104]**<br><br><u>Continued Hearing:</u><br><br>Date: February 17, 2026<br>Time: 2:30 p.m.<br>Place: 411 W. Fourth Street<br>Santa Ana, CA 92701<br>Courtroom: 6C |

- 1

On the Court's own motion, the hearing on Debtor's *Motion for Relief Under Rule 9023 and Rule 7052 of the Federal Rules of Bankruptcy Procedure Incorporating Rule 59 and Rule 52 of the Federal Rules of Civil Procedure to Alter or Amend the Court's Order and/or to Amend the Court's Findings and Judgment*, filed on September 26, 2025, as docket number 104, is hereby CONTINUED to February 17, 2026, at 2:30 p.m. in Courtroom 6C of the above-captioned court.

IT IS SO ORDERED.

###

Date: December 4, 2025

Mark Houle
United States Bankruptcy Judge