Thomas H. Casey – Bar No. 138264
LAW OFFICE OF THOMAS H. CASEY, INC.
A PROFESSIONAL CORPORATION
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Telephone:   (949) 766-8787
Facsimile:    (949) 766-9896
Email:         TomCasey@tomcaseylaw.com

Chapter 11 Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA / SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>SERENADE NEWPORT, LLC,<br><br>　　　　　　　Debtor. | Case No. 8:25-bk-11898-MH<br><br>Chapter 11<br><br>**ORIGINAL SIGNATURE OF PROPOSED REAL ESTATE AGENT TIM SMITH OF COLDWELL BANKER REALTY IN SUPPORT OF CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE AGENT [Relates to Docket #117]**<br><br>**[Order without hearing sought pursuant to Local Bankruptcy Rules 2014-1(b) and 9013-1(o)]** |

1

13. In accordance with the Guidelines of the United States Trustee's Office, I have not received a retainer and/or other compensation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Newport Beach, California, on October 20, 2025.

_____
Tim Smith, Declarant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**26400 La Alameda, Suite 210, Mission Viejo, CA 92691**

A true and correct copy of the foregoing document entitled (*specify*): **Original Signature of Proposed Real Estate Agent Tim Smith of Coldwell Banker Realty in Support of Chapter 11 Trustee's Application to Employ Real Estate Agent (Relates to Docket #117)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 16, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Anthony Bisconti    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net
- Matthew Tyler Davis    tdavis@kbkllp.com
- George Gerro    george@gerrolaw.com
- Robert P Goe    rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- Christopher J Harney    charney@tocounsel.com, kmanson@tocounsel.com
- Steven J. Katzman    skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- Bahram Paya    brian.paya@payafirm.com
- Charles Pernicka    charles@opuslawfirm.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Matthew Rosene    mrosene@epgrlawyers.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- David B Zolkin    dzolkin@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 16, 2025,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 16, 2025 | Kathy Driggers | /s/ Kathy Driggers |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                           F 9013-3.1.PROOF.SERVICE

**SERVED BY US MAIL:**

**Interested Party**
United States Bankruptcy Court
Attn: Hon. Mark D. Houle
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701

**Debtor**
Serenade Newport, LLC
500 N. State College Blvd., Suite 1100
Orange, CA 92868-1625

**Request for Special Notice**
Charles L. Pernicka, Esq.
The Opus Law Firm
P.O. Box 1502
Rancho Santa Fe, CA 92067

Steven J. Katzman, Esq.
Anthony R. Bisconti, Esq.
Bienert Katzman Littrell Williams LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673

Christopher J. Harney, Esq.
Theodora Oringher PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, CA 92626-7109

**Interested Party**
Tim Smith
c/o Coldwell Banker Residential Brokerage
840 Newport Center Drive, Suite 100
Newport Beach, CA 92660

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                      F 9013-3.1.PROOF.SERVICE