Thomas H. Casey - Bar No. 138264
LAW OFFICE OF THOMAS H. CASEY, INC.
A PROFESSIONAL CORPORATION
26400 La Alameda, Suite 210
Mission Viejo, CA  92691
Telephone:    (949) 766-8787
Facsimile:      (949) 766-9896
Email:           TomCasey@tomcaseylaw.com

Chapter 11 Bankruptcy Trustee

**FILED & ENTERED**

**DEC 17 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA / SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>SERENADE NEWPORT, LLC,<br><br>        Debtor. | Case No. 8:25-bk-11898-MH<br><br>Chapter 11<br><br>**ORDER GRANTING CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE AGENT (TIM SMITH OF COLDWELL BANKER REALTY);**<br><br>[No Hearing Required] |

The Court having considered the Application of Thomas H. Casey, Chapter 11 Trustee ("Trustee") to employ Tim Smith of Coldwell Banker Realty filed on October 20, 2025 (Doc 117) ("Application"), noting the lack of opposition to the Application, proper notice having been given and good cause having been shown,

**IT IS ORDERED**:

    1.    The Application is approved.

    2.    The Trustee is authorized to employ Tim Smith of Coldwell Banker Realty as his real estate agent in this case on the terms and conditions set forth in the Application.

3. The compensation of Tim Smith of Coldwell Banker Realty is subject to review by the Court pursuant to 11 U.S.C. §328.

###

Date: December 17, 2025

Mark Houle
United States Bankruptcy Judge