Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile: 949-851-6926

Counsel for Thomas H. Casey, Chapter 11 Trustee

**FILED & ENTERED**

**JAN 21 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle       DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>SERENADE NEWPORT, LLC.,<br><br>Debtor. | Case No. 8:25-bk-11898 MH<br><br>Chapter 11 Proceeding<br><br>**ORDER SETTING DEADLINES AND CONTINUED HEARINGS**<br><br>**Continued Status Conference:**<br><br>Date:     April 28, 2026<br>Time:    2:30 p.m.<br>Place:   Courtroom 6C<br>411 West Fourth Street<br>Santa Ana, California 92701 |

The Court conducted a status conference hearing on January 20, 2026. Appearances were made as reflected in the record. Based upon the representations and argument of counsel at the hearing, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Trustee shall obtain approval of the Disclosure Statement filed by the Trustee (ECF No. 111) on or before April 28, 2026;

2. The Trustee shall obtain confirmation of the Chapter 11 Plan filed by the Trustee (ECF No. 110) on or before July 7, 2026;

3. A continued Chapter 11 Status Conference shall be held on April 28, 2026 at 2:30 p.m. An updated Status Report shall be filed by the Trustee on or before April 21, 2026.

4. The hearing on the Motion for Relief under Rule 9023 and Rule 7052 seeking to alter or amend the Court's order and/or to amend the Court's findings and judgment filed by Goe Forsythe & Hodges LLP and Sahand Zagari as managing member of Serenade Newport, LLC (ECF No. 104), currently scheduled for February 17, 2026 at 2:30 p.m., is hereby continued to April 28, 2026 at 2:30 p.m.

5. All hearing dates and deadlines set forth herein are subject to further continuance for cause shown.

###

Date: January 21, 2026

Mark Houle
United States Bankruptcy Judge

- 2 -