Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

Counsel for
Thomas H. Casey, Chapter 11 Trustee

FILED & ENTERED

APR 13 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>SERENADE NEWPORT, LLC.,<br><br>Debtor. | Case No. 8:25-bk-11898 MH<br><br>Chapter 11 Proceeding<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR APPROVAL OF AMENDED DISCLOSURE STATEMENT**<br><br>**Continued Disclosure Statement Hearing:**<br>Date:       June 9, 2026<br>Time:       2:30 p.m.<br>Place:      Courtroom 6C<br>                411 West Fourth Street<br>                Santa Ana, CA 92701 |

Based upon the Stipulation to Continue Hearing on Motion for Approval of Amended Disclosure Statement (the "Stipulation") between Mr. Bryan Gadol and Mr. Darren Testa ("Creditors") and Thomas H. Casey, in his capacity as Chapter 11 Trustee of the estate of Serenade Newport, LLC ("Debtor"), by and through their respective counsel of record, filed on

*Ringstad & Sanders*
L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

April 10, 2026 (ECF No. 170), and good cause appearing therefor,

**IT IS ORDERED:**

1.      The Stipulation is approved; and,

2.      The Motion for Approval of the Disclosure Statement (ECF No. 162) presently scheduled for hearing on April 28, 2026 at 2:30 p.m., is continued to June 9, 2026 at 2:30 p.m. The Trustee shall provide notice to creditors of the continued hearing date and time.

###

Date: April 13, 2026

Mark Houle
United States Bankruptcy Judge

Ringstad & Sanders
L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

- 2 -