Robert P. Goe – State Bar No. 137019
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Bldg. D, Suite 210
Irvine, CA 92614
RGoe@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for Goe Forsythe & Hodges LLP and
Sahand Zargari, as managing member of
Serenade Newport, LLC

FILED & ENTERED

APR 14 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle         DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>**SERENADE NEWPORT, LLC,**<br><br>       Debtor and Debtor-in-<br>       possession. | Case No. 8:25-bk-11898-MH<br><br>Chapter 11 Proceeding<br><br>**ORDER GRANTING *EX PARTE* MOTION TO CONTINUE HEARING ON MOTION FOR RELIEF UNDER RULE 9023 AND RULE 7052 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE INCORPORATING RULE 59 AND RULE 52 OF THE FEDERAL RULES OF CIVIL PROCEDURE TO ALTER OR AMEND THE COURT'S ORDER AND/OR TO AMEND THE COURT'S FINDINGS AND JUDGMENT** |

Continued Hearing Date:
Date:          June 9, 2026
Time:         2:30 p.m.
Courtroom:   6C
Location:     411 West Fourth Street
                 Santa Ana CA 92701

Upon consideration of Goe Forsythe & Hodges LLP and Sahand Zargari, as managing member of Serenade Newport, LLC's *Ex Parte* Motion to Continue Hearing on Motion for Relief Under Rule 9023 and Rule 7052 of the Federal Rules of Bankruptcy Procedure Incorporating Rule 59 and Rule 52 of the Federal Rules of Civil Procedure to Alter or Amend the Court's Order and/or to Amend the Court's Findings and Judgment filed on April 14, 2028 as Docket No. 172 ("Motion"), and good cause appearing,

**IT IS ORDERED:**

1.      The Motion is grated.

2.      The Hearing on the Motion is hereby continued from April 28, 2026 to June 9, 2026, at 2:30 p.m.

# # #

Date: April 14, 2026

Mark Houle
United States Bankruptcy Judge

2