Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive
Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

Counsel for Thomas H. Casey, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re | Case No. 8:25-bk-11898 MH |
|---|---|
| SERENADE NEWPORT, LLC., | Chapter 11 Proceeding |
| | **NOTICE OF CONTINUED HEARING ON APPROVAL OF DISCLOSURE STATEMENT DESCRIBING FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION** |
| Debtor | **Continued Disclosure Statement Hearing Date:** |
| | Date:  June 9, 2026<br>Time:  2:30 p.m.<br>Place:  Courtroom 6C<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

**PLEASE TAKE NOTICE** that the hearing on approval of Disclosure Statement

Describing First Amended Chapter 11 Plan Filed by Chapter 11 Trustee ("Disclosure Statement")

[Dkt. No. 268] scheduled for April 28, 2026 at 2:30 p.m. has been continued to **June 9, 2026 at**

**2:30 p.m.** in Courtroom 6C of the above-entitled Court, located at 411 West Fourth Street, Santa

Ana, CA 92701.

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement has been filed with

the Court.  A copy of the Disclosure Statement can be obtained from the Court during normal

business hours or by written request directed to counsel for the Trustee, c/o Todd C. Ringstad at

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

the offices of Ringstad & Sanders LLP at the address indicated in the upper-left-hand corner of this Notice or by email to todd@ringstadlaw.com.

**PLEASE TAKE FURTHER NOTICE** that any objection to the adequacy of the Disclosure Statement must be filed with the Court and served on all parties entitled to a copy thereof, including but not limited to counsel for the Trustee and the Office of the United States Trustee, no less than 14 days before the above-referenced scheduled hearing. *See* Local Bankruptcy Rule 3017-1. Any objections not filed and served in the manner set forth herein may be deemed waived.

The hearing may be adjourned, or continued from time to time, by announcement made in open Court, without further notice to creditors and parties in interest.

Respectfully Submitted,

RINGSTAD & SANDERS LLP

Dated: April 14, 2026                    By: */s/ Todd C. Ringstad*
                                              Todd C. Ringstad
                                              General Bankruptcy Counsel for Thomas H. Casey,
                                              Chapter 11 Trustee

Ringstad & Sanders
L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 23101 Lake Center Drive, Suite 355, Lake Forest, Ca 92630.

A true and correct copy of the foregoing documents entitled (*specify*): **NOTICE OF CONTINUED HEARING ON APPROVAL OF DISCLOSURE STATEMENT DESCRIBING FIRST AMENDED CHAPTER 11 PLAN FILED BY CHAPTER 11 TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>April 14, 2026</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Anthony Bisconti**    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Thomas H Casey (TR)**    msilva@tomcaseylaw.com, thc@trustesolutions.net
- **Matthew Tyler Davis**    tdavis@kbkllp.com
- **George Gerro**    george@gerrolaw.com
- **Robert P Goe**    rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Christopher J Harney**    charney@tocounsel.com, kmanson@tocounsel.com
- **Paul Jasper**    pjasper@perkinscoie.com, david.kline@rimonlaw.com
- **Steven J. Katzman**    skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Maxim B Litvak**    mlitvak@pszjlaw.com
- **Bahram Paya**    brian.paya@payafirm.com
- **Charles Pernicka**    charles@opuslawfirm.com
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Matthew Rosene**    mrosene@epgrlawyers.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **David B Zolkin**    dzolkin@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On  <u>April 14, 2026</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Mark D. Houle, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Suite 6135, Courtroom 6C, Santa Ana, CA 92701-4593

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 14, 2026 | Becky Metzner | /s/ Becky Metzner |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-8
Case 8:25-bk-11898-MH
Central District of California  Santa
Ana
Mon Mar 16 14:28:19 PDT 2026

17701 Cowan
Suite 210
Irvine, CA 92614-6840

Ringstad & Sanders LLP
23101 Lake Center Drive
Suite 355
Lake Forest, CA 92630-6813

Serenade Newport, LLC
500 N. State College Blvd.
Suite 1100
Orange, CA 92868-1625

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

(p)AVINA LLC
22704 VENTURA BLVD #218
WOODLAND HILLS CA 91364-1333

Avina LLC
c/o CSC Lawyers Incoporating Srvc.
Koy Saecho
2710 Gateway Oaks Drive  Sacramento,
CA 95833-3505

ECF Service
Avina LLC and Global Innovations LLC
c/o David B Zolkin
11766 Wilshire Blvd Ste 730
Los Angeles, CA 90025-6577

Bryan Gadol
c/o Theodora Oringher PC
535 Anton Boulevard, Ninth Floor
Trabuco Canyon, CA 92679-7109

California Best Title Company, Inc.
500 S. Kraemer Blvd. Suite 300  Brea,
CA 92821-6768

California Best Title Company, Inc.
c/o Sun Y Park
Agent for Service of Process
3400 W. Olympic Blvd. STE 200
Los Angeles, CA 90019-2351

California Dept. of Fee & Tax Admin
P.O. Box 942879
Sacramento, CA 94279-0001

ECF Service
Charles L. Pernicka
The Opus Law Firm
P.O. Box 1502
Rancho Santa Fe, CA 92067-1502

Darren S. Enenstein
3200 Bristol St., Suite 500
Costa Mesa, CA 92626-1810

Darren Testa
c/o Theodora Oringher PC
535 Anton Blvd, #900
Costa Mesa, CA 92626-7109

FCI Lender Services
Attn: Loan Servicing Dept
P.O. Box 27370
Anaheim, CA 92809-0112

Franchise Tax Board Bankruptcy
Section MS: A-30
P.O. Box 2952
Sacramento, CA 95812-2952

Global Innovations, LLC
20550 Nordhoff Street
Chatsworth, CA 91311-6113

Gobal Innovations, LLC
Avi Wazana - Agent for Service
22704 Ventura Blvd
Suite 218
Chatsworth, CA 91311

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

ECF Service
Kristoffer Winters
c/o Stevent J .Katzman
Bienert Katzman
903 Calle Amanecer, Suite 350
San Clemente, CA 92673-6253

Lugano Diamonds & Jewelry, Inc.
Christoph Pachier
620 Newport Center Dr Ste 700
Newport Beach CA 92660-8014

MES Newport LLC
530 S. Glenoaks Blvd., Suite 200
Burbank, CA 91502-2753

ECF Service
Michael John Gerro, Trustee of the
MJ Gerro Family Trust Dated October 31,
530 S. Glenoaks Blvd., Suite 200
Burbank, CA 91502-2753

ECF Service
Michael John Gerro, Trustee of the
MJ Gerro Family Trust dated 10/31/2012
500 N. State College Blvd., Suite 1100
Orange, CA 92868-1625

Orange County Rreasurer-Tax Collect
601 N. Ross Street
Santa Ana, CA 92701-4091

Orange County Treasurer-Tax Collect
601 N. Ross Street
Santa Ana, CA 92701-4091

PPRF REIT, LLC
The Opus Law Firm, Attn: Charles Pernick
P.O. Box 1502
Rancho Santa Fe, CA 92067-1502

PPRF Reit LLC
16236 San Dieguito Rd
Ste 4-21
PO Box 9491
Rancho Santa Fe, CA 92067-4491

Sahand Zargari
530 S. Glenoaks Blvd., Suite 200
Burbank, CA 91502-2753

Sitlani Holdings LLC  16186
Palimino Valley Road
San Diego, CA 92127-4442

Sitlani Holdings LLC and Mahesh Tilokani
The Opus Law Firm, Attn: Charles L. Pern
P.O. Box 1502
Rancho Santa Fe, CA 92067-1502

Todd C. Theodora
Theodora Oringher PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, CA 92626-7109

ECF Service
United States Trustee (SA)  411
W Fourth St., Suite 7160  Santa
Ana, CA 92701-4500

ECF Service
Reem J Bello
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Ste 210
Irvine, CA 92614-6840

ECF Service
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614-6840

ECF Service
Thomas H Casey (TR)
26400 La Alameda, Suite 210
Mission Viejo, CA 92691-8578

Tim Smith
Coldwell Banker Realty
840 Newport Center Drive, Suite 100
Newport Beach, CA 92660-6377

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Avina LLC
22704 Ventura Blvd
Woodland Hills, CA 91364

(d)Global Innovations, LLC
Avi Wazana - Agent for Service
22704 Ventura Blvd., Ste 218
Woodland Hills, CA 91364

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Avina LLC

(u)Courtesy NEF

(u)Global Innovations, LLC

(u)Official Committee of Unsecured Creditors

(u)PPRF REIT, LLC

(u)SITLANI HOLDINGS LLC

(u)Bryan Gadol

(u)Darren Testa

(u)Kristoffer Winters

(u)Mahesh Tilokani

(u)Michael J Gerro

(u)Sahand Zargari

End of Label Matrix
Mailable recipients    37
Bypassed recipients    12
Total                  49