Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
Telephone: (949) 851-7450
Facsimile:  (949) 851-6926

Counsel for Thomas H. Casey,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>SERENADE NEWPORT, LLC<br><br>Debtor. | Case No. 8:25-bk-11898 MH<br><br>Chapter 11 Proceeding<br><br>**NOTICE OF MOTION OF CHAPTER 11 TRUSTEE FOR ORDER:**<br>**(1) APPROVING SALE OF REAL PROPERTY OF THE ESTATE, FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, PURSUANT TO 11 U.S.C. §§ 363(b), 363(f), AND 363(m);**<br>**(2) APPROVING OVERBID PROCEDURES;**<br>**(3) AUTHORIZING TRUSTEE TO PAY ALLOWED SECURED CLAIMS, COSTS OF SALE, AND BROKER COMMISSIONS IN FULL FROM NET SALE PROCEEDS; AND,**<br>**(4) WAIVING THE STAY OF RULE 6004(h)**<br><br>[1501 Serenade Terrace, Corona Del Mar, CA 92625]<br><u>Hearing</u>:<br>Date:     May 26, 2026<br>Time:    2:30 p.m.<br>Place:   Courtroom 6C<br>         411 West Fourth Street<br>         Santa Ana, CA 92701 |

    **TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

    **PLEASE TAKE NOTICE** that Thomas H. Casey, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Serenade Newport, LLC (the "Debtor"), has moved the Court for an order (1) approving the sale of the real property of the Estate located at 1501

Serenade Terrace, Corona del Mar, California, APN 050-282-16 (the "Property")[1], free and clear of liens, claims, and encumbrances pursuant to 11 U.S.C. §§ 363(b), 363(f), and 363(m); (2) approving overbid procedures; (3) authorizing the Trustee to pay undisputed, allowed secured claims, costs of sale, and broker commissions in full from net sale proceeds, and (4) waiving the stay of Rule 6004(h) (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion will take place, in person, on May 26, 2026 at 2:30 p.m., in Courtroom 6C, of the United States Bankruptcy Court located at 411 W. Fourth Street, Santa Ana, California.

## SUMMARY OF MOTION
**The following is a summary of the Motion. You may obtain a copy of the full and complete Motion, together with its supporting Memorandum of Points and Authorities, Declarations of Thomas H. Casey and Tim Smith, by contacting Becky Metzner at Ringstad & Sanders LLP, 23101 Lake Center Drive, Suite 355, Lake Forest, California 92630; Telephone (949) 851-7450; Facsimile (949) 851-6926.**

## STATEMENT OF FACTS
**A.      Case Background and Appointment of the Trustee.**

Serenade Newport, LLC, a California limited liability corporation (the "Debtor"), is the Debtor in this Chapter 11 bankruptcy case. On July 11, 2025, the Debtor commenced this bankruptcy proceeding by filing a voluntary petition under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq.

On August 14, 2025, Bryan Gadol and Darren Testa, individuals, filed a Notice and Motion to Dismiss this Bankruptcy Case for Cause as Doc. 53 (the "Dismissal Motion"). The Dismissal Motion came on for hearing on September 9, 2025. At the hearing, the Court determined that cause existed to grant the motion and dismiss or convert the case under 11 U.S.C. section 1112(b). However, the Court further determined that appointment of a Chapter 11 Trustee in lieu of dismissal or conversion of the case was in the best interests of the creditors and the bankruptcy estate (the "Estate"). The Court therefore entered its Order Granting Motion to Dismiss Bankruptcy for Cause (the "Dismissal Order") as Doc. 92, which authorized and directed the United States Trustee ("UST") to promptly appoint a Chapter 11 Trustee in the case.

Thereafter, on September 16, 2025, the UST filed its Notice of Appointment of Chapter 11 Trustee appointing Thomas H. Casey as Chapter 11 Trustee [Doc. 95] and the Acceptance of Appointment of Chapter 11 Trustee [Doc. 96], in which Mr. Casey accepted the appointment. The same day, the UST filed its Application for Order Approving Appointment of Trustee and Fixing Bond [Doc. 97], and the Court promptly entered its Order Approving the U.S. Trustee's Application for the Appointment of a Chapter 11 Trustee approving the UST's Application and appointing Thomas H. Casey as Chapter 11 Trustee. [Doc. 98]  Since September 16, 2025, Thomas H. Casey has served and continues to serve as Chapter 11 Trustee herein (the "Trustee").

The sole asset of this Estate is a single family residence located at 1501 Serenade Terrace, Corona del Mar, California, APN 050-282-16 (the "Property"). The Trustee has marketed the Property aggressively in an effort to liquidate the asset and provide a fund for payment of valid secured claims, approved administrative claims, and general unsecured claims of this Estate.

**B.      The Liens Asserted Against the Property.**

[1] The legal description of the Property is set forth in the preliminary title report on page 3, a true and correct copy of which is attached to the Declaration of Casey as Exhibit "1."

Ringstad & Sanders
L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

Pursuant to the preliminary title report, a true and correct copy of which is attached to the Declaration of Thomas H. Casey as Exhibit "1," obtained by the Trustee regarding the Property and formal proofs of claim filed with the Clerk of the Court, the Property is encumbered by the following:

| Claim | Amount | Source | Notes |
|-------|--------|--------|-------|
| Property Taxes (County of Orange) | $80,585.86, plus addl. interest and penalties | Preliminary Title Report (Ex. 1 attached) | Trustee has no objection to this claim. |
| PPRF REIT, LLC | $5,278,125 plus accrued interest and other charges | Proof of Claim No. 6-1 filed 9/30/2026 | Subject to further review. |
| Sitlani Holdings LLC and Mahesh Tilokani | $500,000 plus accrued interest and other charges | Proof of Claim No. 7-1 filed 09/30/2025 | Subject to further review. |
| **Total Secured Debt** | To be determined. | | |

## C.      The Trustee's Efforts to Sell the Property.

On October 20, 2025, the Trustee filed his *Chapter 11 Trustee's Application to Employ Real Estate Agent (Tim Smith of Coldwell Banker Realty)* (Dkt. No. 117).  No objections were filed to the Application, and the Court's *Order Granting Chapter 11 Trustee's Application to Employ Real Estate Agent* was entered on December 17, 2025.  The Property was beautifully staged for showing and on or about November 13, 2025 was formally listed for sale by Tim Smith Realty (the "Broker") with an initial asking price of $9,295,000.

The Property was shown to multiple interested and qualified parties on an appointment basis, and several open house showings were conducted.  After ample exposure to the market, the Trustee accepted an all-cash offer of $8,200,000 from Jacob Sweidan ("Proposed Buyer").  The purchase is "As-is" in its present physical condition.  Additional terms include:

--Seller is the duly appointed and acting Chapter 11 Trustee in the Chapter 11 bankruptcy case of Serenade Newport, LLC, pending as Case No. 8:25-bk-11898-MH (the "Case") pending in the United States Bankruptcy Court, Central District of California, Santa Ana Division (the "Court"). The Sale is subject to Court approval of the Sale in the Case.  Seller shall use due diligence to obtain Court approval at a Sale at a Sale Hearing to occur within 60 days.

--Sale is subject to overbids by third parties who have provided a deposit to Seller equivalent to the Proposed Buyer's Deposit. Minimum initial overbid to be at least $10,000 higher than the purchase price between Seller and Proposed Buyer, with subsequent bids in the amount of not less than $5,000. In the event of any qualified overbids, the Trustee may conduct an auction between Proposed Buyer and any qualified overbidders to occur at the Sale Hearing before the Court. Overbidder to match all terms and conditions of Seller's Agreement with Proposed Buyer.  Each bid musth be all cash, non-contingent and include a cash deposit of $246,000.

-- If a successful overbidder is accepted and confirmed by the Court, then the successful overbidder is to reimburse the Proposed Buyer up to $5,000.00 for costs incurred.  Such costs are limited to physical and termite inspection costs, and are in addition to and not deducted from the Purchase price.  Proof of monies spent to be provided to overbidder by the Proposed Buyer. Sale is as-is, where-is with no representations or warranties regarding the condition of the Property or

the improvements thereon. Pest control/termite inspection report and any corrective work will not be provided, completed by, nor paid for by the Seller.

--Qualified overbids must be received by the Trustee no later than 5:00 p.m. on May 21, 2026 (or such other date as is subsequently announced by the Trustee) together with a cashier's check in the amount of $246,000.

--Escrow to close within 7-10 days after entry of an Order of the Bankruptcy Court approving the sale. The Initial Deposit is fully refundable if the Bankruptcy Court does not approve the sale or approves the sale to another overbidder. If the Bankruptcy Court approves the sale to the Proposed Buyer, the Initial Deposit becomes non-refundable, and shall be forfeited by the Proposed Buyer and retained by the Seller as liquidated damages if the Proposed Buyer fails to perform their obligations and timely close escrow.

--Any and all disputes, which involve in any manner the Seller, the Bankruptcy Estate or Thomas H. Casey arising from the Purchase Contract, this Addendum or relating in any manner to the Subject Property, shall be resolved only in the United States Bankruptcy, Central District of California. Santa Ana Division.

The Broker continues to aggressively market and show the Property with the goal of generating one or more overbids. Based upon the advice of the Brokers, the Trustee believes that the pending Offer is within the range of the Property's actual current market value.

If the Brokers procure an overbidder prior to the hearing on this Motion, the Trustee will endeavor to supplement this Motion with details regarding same, or present the terms of the proposed overbid to the Court at the time of the hearing hereon.

Based on the advice his real estate agent Tim Smith, the Trustee believes that the offer by the Proposed Buyer is generally reflective of the current fair market value of the Property. To the best of his knowledge, the Trustee believes that this is an arm's-length transaction. The Proposed Buyer is not related to anyone connected with the Trustee, the Brokers, or the Trustee's counsel, nor is the Proposed Buyer an insider of the Debtor, with the Proposed Buyer satisfying the requirements for a good faith finding by the Court pursuant to Section 363(m).

The Trustee and the Proposed Buyer understand and agree that the Sale Agreement and proposed sale are subject to overbid and request that the Court approve the bidding procedures or increments set forth in the Sale Agreement and as described herein.

**D.**      **The Trustee Proposes to Sell the Property Free and Clear of Liens, Claims, and Encumbrances.**

The Trustee is informed, through the Declarations of Sahand Zargari and Michael Gerro attached to the former Debtor in Possession's Notice of Hearing on Motion and Motion for Order: (1) Authorizing Sale of Real Property, etc., filed herein as Dkt. No. 43, that the Debtor, Serenade Newport, LLC, was formed to purchase the Property from the former owner, the Haim Family Trust, Mordechai Ferder and Edit Ferder, Trustees. The purchase was closed on June 18, 2025. On July 11, 2025, Serenade Newport, LLC filed a voluntary petition under Chapter 11 of the Bankruptcy Code commencing this case. Due to the proximity of the purchase of the Property by Debtor to the commencement of this case, Trustee seeks an Order selling the Property free and clear of any interests of the Haim Family Trust, Mordechai Ferder, Edit Ferder, or any related persons or entities.

The Trustee, through escrow, is in the process of gathering current payoff numbers from each lienholder. The secured first trust deed obligation held by PPRF REIT, LLC and the secured second trust deed obligation held by Sitlani Holdings, LLC and Mahesh Tolokani (collectively,

Ringstad & Sanders
L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

- 4 -

the "Secured Creditors") appear to be purchase money obligations that financed the purchase of the Property by Debtor from Mordechai H. Ferder and Edit F. Ferder, as Trustees of The Haim Family Trust, u/d/t February 24, 2009.  However, the Trustee's investigation of these obligations continues.

On October 22, 2025, a Stipulation re Secured Claims was filed in the Bankruptcy Case as Dkt. No. 119, pursuant to which the Trustee agreed (i) to promptly and diligently proceed with the marketing and sale of the Property and (ii) in the event that the Trustee files a Motion to approve a sale of the Property, the Trustee will, in any such Motion, request authorization to pay all principal due to the Secured Creditors, and all undisputed interest, fees and charges to the Secured Creditors on close of the sale; and reserve in escrow until determination by the Court or agreement of the parties, sufficient funds to pay in full all disputed interest, fees and charges if any such amounts are disputed.

In return, the Secured Creditors and each of them, agreed not to seek to set aside the bankruptcy stay to pursue foreclosure of either of the deeds of trust securing their loans, or to otherwise pursue foreclosure or other recourse to obtain payment of amounts owed to them under their loans, until the earlier of a) completion of the sale of the Property, or b) a period of six months from the date last signed below, conditioned on the Trustee's ongoing diligent pursuit of sale of the Property.

The Stipulation re Secured Claims was approved by the Order re Stipulation re Secured Creditors Claims entered on November 6, 2025 as Dkt. No. 127.

The Trustee therefore requests authorization to pay all principal due to the Secured Creditors, and all undisputed interest, fees and charges to the Secured Creditors on close of the sale; and reserve in escrow until determination by the Court or agreement of the parties, sufficient funds to pay in full all disputed interest, fees and charges if any such amounts are disputed.

The Trustee further seeks an order of the Court authorizing the distribution of the proceeds of the sale of the Property through the escrow and contingent on, and payable at, the closing of escrow, as follows:

    A.    Accrued and prorated property taxes due to the County of Orange:

    B.    Real Estate Commissions – consistent with the terms of the Trustee's employment of the Brokers, payment of a commission equal to 4.0% of the total sale price, with such commission divided equally between the Trustee's Brokers, and the broker for the Proposed Buyer.

    C.    Closing Costs – normal "closing costs," which may include things such as the Estate's share (pursuant to the terms of the Sale Agreement and local custom) of escrow charges, recording fees, documentary transfer taxes, utilities, association dues and charges, and other normal and customary charges, pro-rations, costs and fees.

**PROPOSED OVERBID PROCEDURES**

In order to obtain the highest and best price for the benefit of the creditors of the Estate, the Trustee proposes that the sale of the Property be subject to overbid on the following terms:

    A.    Only a qualified bidder may submit an overbid.  A "qualified bidder" is an individual or entity that provides a financial statement or proof of funds, and such business and banking references as are required in the Trustee's reasonable discretion to assure the Trustee of the bidder's ability to consummate the purchase of the Property, and one who can consummate the purchase of the Property on the same terms and conditions, other than price, as those proposed in the Sales Agreement.

Ringstad & Sanders
L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

B.    Each bid, as well as information and/or documentation establishing a bidder's qualification as a "qualified bidder," must be received by the Trustee by 5:00 p.m. on or before May 21, 2026.

C.    The initial minimum overbid must be at least $10,000.00 over the amount of the proposed net sale price, which results in a minimum initial overbid of $8,210,000. Subsequent overbids shall be in increments of $5,000.00.

D.    Each bid must be all cash, non-contingent, and on the same terms and conditions, as those proposed in the current Sales Agreement between the Trustee and the Proposed Buyer.

E.    Each bidder must make an earnest money deposit of at least $246,000.00 which must be tendered to the Trustee by 5:00 p.m. on May 21, 2026. The deposit must be in the form of a cashier's check made payable to "Chapter 11 Trustee Thomas H. Casey," and must be deposited with the Trustee so that the Trustee will have access to said funds no later than 5:00 p.m., May 21, 2026, or the deposit must be wired to the Trustee's account prior to 5:00 p.m., May 21, 2026.  The overbidder will be informed that the deposit is a non-refundable deposit if they are the successful bidder and unable to consummate the sale.

The Trustee believes that the foregoing procedures will provide for an orderly completion of the sale of the Property by permitting all bidders to compete on similar terms, and will allow all interested parties and the Court to compare competing bids in order to realize the greatest possible benefit to the Estate.

**IF YOU DO NOT OPPOSE THE MOTION, you need take no further action.**
**IF YOU DESIRE TO OPPOSE THE MOTION, Local Bankruptcy Rule 9013-1(f) requires you to file and serve a written response not later than 14 days before the date designated for hearing on the Motion.  You must file your response with the Clerk of the above-captioned Court located at 411 West Fourth Street, Santa Ana, California, and serve copies on Ringstad & Sanders LLP to the attention of Todd C. Ringstad, Esq. at the address indicated in the upper-left hand corner of this document and the Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701-4593.  Pursuant to Local Bankruptcy Rule 9013-1(f)(1), such response must be "A complete written statement of all reasons in opposition thereto or in support, declarations and copies of all photographs and documentary evidence on which the responding party intends to rely, and any responding memorandum of points and authorities."  Failure to timely file and serve such response might result in the Court granting the Motion without any hearing.  SEE LOCAL BANKRUPTCY RULE 9013-1.**

Dated: April 30, 2026                    RINGSTAD & SANDERS LLP

                                         By:    _/s/ Todd C. Ringstad_____
                                               Todd C. Ringstad
                                               General Bankruptcy Counsel for
                                               Thomas H. Casey, Chapter 11 Trustee

Ringstad & Sanders
L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
23101 Lake Center Drive, Suite 355, Lake Forest, Ca 92630.

A true and correct copy of the foregoing documents entitled (*specify*): **NOTICE OF MOTION OF CHAPTER 11 TRUSTEE FOR ORDER: (1) APPROVING SALE OF REAL PROPERTY OF THE ESTATE, FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, PURSUANT TO 11 U.S.C. §§ 363(B), 363(F) AND 363(M); (2) APPROVING OVERBID PROCEDURES; (3) AUTHORIZING TRUSTEE TO PAY ALLOWED SECURED CLAIMS, COSTS OF SALE, AND BROKER COMMISSIONS IN FULL FROM NET SALE PROCEEDS; AND (4) WAIVING THE STAY OF RULE 6004 (H)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 30, 2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello**     rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Anthony Bisconti**     tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Thomas H Casey (TR)**     msilva@tomcaseylaw.com, thc@trustesolutions.net
- **Matthew Tyler Davis**     tdavis@kbkllp.com
- **George Gerro**     george@gerrolaw.com
- **Robert P Goe**     rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Christopher J Harney**     charney@tocounsel.com, kmanson@tocounsel.com
- **Paul Jasper**     pjasper@perkinscoie.com, david.kline@rimonlaw.com
- **Steven J. Katzman**     skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Maxim B Litvak**     mlitvak@pszjlaw.com
- **Bahram Paya**     brian.paya@payafirm.com
- **Charles Pernicka**     charles@opuslawfirm.com
- **Todd C. Ringstad**     becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Matthew Rosene**     mrosene@epgrlawyers.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
- **David B Zolkin**     dzolkin@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On   April 30, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Mark D. Houle, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Suite 6135, Courtroom 6C, Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                       **F 9013-3.1.PROOF.SERVICE**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 30, 2026 | Becky Metzner | */s/ Becky Metzner* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                     **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-8
Case 8:25-bk-11898-MH
Central District of California
Santa Ana
Thu Apr 30 12:51:35 PDT 2026

ECF Service
Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Irvine, CA 92614-6840

Lugano Diamonds & Jewelry Inc.
620 Newport Center Dr.
Suite 700
Newport Beach, CA 92660-8014

Ringstad & Sanders LLP
23101 Lake Center Drive
Suite 355
Lake Forest, CA 92630-6813

Serenade Newport, LLC
500 N. State College Blvd.
Suite 1100
Orange, CA 92868-1625

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

(p)AVINA LLC
22704 VENTURA BLVD #218
WOODLAND HILLS CA 91364-1333

Mail Returned
Avina LLC
c/o CSC Lawyers Incoporating Srvc.
Koy Saecho
2710 Gateway Oaks Drive
Sacramento, CA 95833-3505

ECF Service
Avina LLC and Global Innovations LLC
c/o David B Zolkin
11766 Wilshire Blvd Ste 730
Los Angeles, CA 90025-6577

Bryan Gadol
c/o Theodora Oringher PC
535 Anton Boulevard, Ninth Floor
Trabuco Canyon, CA 92679-7109

California Best Title Company, Inc.
500 S. Kraemer Blvd. Suite 300
Brea, CA 92821-6768

California Best Title Company, Inc.
c/o Sun Y Park
Agent for Service of Process
3400 W. Olympic Blvd. STE 200
Los Angeles, CA 90019-2351

California Dept. of Fee & Tax Admin
P.O. Box 942879
Sacramento, CA 94279-0001

ECF Service
Charles L. Pernicka
The Opus Law Firm
P.O. Box 1502
Rancho Santa Fe, CA 92067-1502

Darren S. Enenstein
3200 Bristol St., Suite 500
Costa Mesa, CA 92626-1810

Darren Testa
c/o Theodora Oringher PC
535 Anton Blvd, #900
Costa Mesa, CA 92626-7109

FCI Lender Services
Attn: Loan Servicing Dept
P.O. Box 27370
Anaheim, CA 92809-0112

Franchise Tax Board Bankruptcy
Section MS: A-30
P.O. Box 2952
Sacramento, CA 95812-2952

Global Innovations, LLC
20550 Nordhoff Street
Chatsworth, CA 91311-6113

Gobal Innovations, LLC
Avi Wazana - Agent for Service
22704 Ventura Blvd
Suite 218
Chatsworth, CA 91311

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

ECF Service
Kristoffer Winters
c/o Stevent J .Katzman
Bienert Katzman
903 Calle Amanecer, Suite 350
San Clemente, CA 92673-6253

Lugano Diamonds & Jewelry, Inc.
Christoph Pachier
620 Newport Center Dr Ste 700
Newport Beach CA 92660-8014

MES Newport LLC
530 S. Glenoaks Blvd., Suite 200
Burbank, CA 91502-2753

ECF Service
Michael John Gerro, Trustee of the
MJ Gerro Family Trust Dated October 31,
530 S. Glenoaks Blvd., Suite 200
Burbank, CA 91502-2753

ECF Service
Michael John Gerro, Trustee of the
MJ Gerro Family Trust dated 10/31/2012
500 N. State College Blvd., Suite 1100
Orange, CA 92868-1625

Orange County Rreasurer-Tax Collect
601 N. Ross Street
Santa Ana, CA 92701-4091

Orange County Treasurer-Tax Collect
601 N. Ross Street
Santa Ana, CA 92701-4091

ECF Service
PPRF REIT, LLC
The Opus Law Firm, Attn: Charles Pernick
P.O. Box 1502
Rancho Santa Fe, CA 92067-1502

Service on Counsel
PPRF Reit LLC
16236 San Dieguito Rd
Ste 4-21
PO Box 9491
Rancho Santa Fe, CA 92067-4491

Sahand Zargari
530 S. Glenoaks Blvd., Suite 200
Burbank, CA 91502-2753

Sitlani Holdings LLC
16186 Palimino Valley Road
San Diego, CA 92127-4442

Sitlani Holdings LLC and Mahesh Tilokani
The Opus Law Firm, Attn: Charles L. Pern
P.O. Box 1502
Rancho Santa Fe, CA 92067-1502

Todd C. Theodora
Theodora Oringher PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, CA 92626-7109

ECF Service
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

ECF Service
Reem J Bello
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Ste 210
Irvine, CA 92614-6840

ECF Service
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614-6840

ECF Service
Thomas H Casey (TR)
26400 La Alameda, Suite 210
Mission Viejo, CA 92691-8578

Tim Smith
Coldwell Banker Realty
840 Newport Center Drive, Suite 100
Newport Beach, CA 92660-6377

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Avina LLC
22704 Ventura Blvd
Woodland Hills, CA 91364

(d)Global Innovations, LLC
Avi Wazana - Agent for Service
22704 Ventura Blvd., Ste 218
Woodland Hills, CA 91364

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Avina LLC

(u)Courtesy NEF

(u)Global Innovations, LLC

(u)Official Committee of Unsecured Creditors

(u)PPRF REIT, LLC

(u)SITLANI HOLDINGS LLC

(u)Bryan Gadol

(u)Darren Testa

(u)Kristoffer Winters

(u)Mahesh Tilokani

(u)Michael J Gerro

(u)Sahand Zargari

End of Label Matrix
Mailable recipients     38
Bypassed recipients     12
Total                   50