| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Todd C. Ringstad (State Bar No. 97345)<br>todd@ringstadlaw.com<br>RINGSTAD & SANDERS LLP<br>23101 Lake Center Drive<br>Suite 355<br>Lake Forest, CA 92630<br>Telephone: 949-851-7450<br>Facsimile:  949-851-6926 | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Thomas H. Casey, Chapter 11 Trustee

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>SERENADE NEWPORT, LLC<br><br><br>Debtor(s). | CASE NO.: 8:25-bk-11898 MH<br><br>CHAPTER: 11<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 05/26/2026 | **Time:** 2:30 pm |
|---|---|
| **Location:**  Courtroom 6C, 411 West Fourth Street, Santa Ana, CA 92701 | |

**Type of Sale**:  ☒ Public   ☐ Private      **Last date to file objections**: 05/12/2026

**Description of property to be sold**:
 The real property located at 1501 Serenade Terrace, Corona Del Mar, Ca 92625

**Terms and conditions of sale**:
 Sale subject to overbidding. $246,000 non-refundable deposit if proposed buyer is approved and fails to close.
 Otherwise the initial deposit will be refunded. As is, where is sale, with no representations or warranties regarding the
 condition of the property or the improvements thereon.

**Proposed sale price**: $ 8,210,000.00

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Overbid procedure (*if any*):**

$10,000 initial overbid, to wit, $8,210,000. $5,000 overbid increments thereafter. Potential overbidders must pre-qualify and tender a $246,000 deposit, which will be non-refundable if the overbidder is ultimately the approved bidder and fails to close.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

May 26, 2026 at 2:30 p.m., United States Bankruptcy Court, 411 West Fourth Street, Courtroom 6C, Santa Ana, CA.

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Thomas H. Casey, Chapter 11 Trustee
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Telephone: 949 766-8787
Facsimile:  949 766-9896
Email: tomcasey@tomcaseylaw.com

Date:  04/30/2026

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
23101 Lake Center Drive, Suite 355, Lake Forest, Ca 92630.

A true and correct copy of the foregoing documents entitled (*specify*): **NOTICE OF SALE OF ESTATE PROPERTY**  will be
served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the
manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>April 30,
2026</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following
persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com**
- **Anthony Bisconti    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com**
- **Thomas H Casey (TR)    msilva@tomcaseylaw.com, thc@trustesolutions.net**
- **Matthew Tyler Davis    tdavis@kbkllp.com**
- **George Gerro    george@gerrolaw.com**
- **Robert P Goe    rgoe@goeforlaw.com,
  kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goefor
  law.com**
- **Christopher J Harney    charney@tocounsel.com, kmanson@tocounsel.com**
- **Paul Jasper    pjasper@perkinscoie.com, david.kline@rimonlaw.com**
- **Steven J. Katzman    skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com**
- **Maxim B Litvak    mlitvak@pszjlaw.com**
- **Bahram Paya    brian.paya@payafirm.com**
- **Charles Pernicka    charles@opuslawfirm.com**
- **Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com**
- **Matthew Rosene    mrosene@epgrlawyers.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**
- **David B Zolkin    dzolkin@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On  <u>April 30, 2026</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will
be completed</u> no later than 24 hours after the document is filed.

Honorable Mark D. Houle, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Suite 6135,
Courtroom 6C, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ , I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 30, 2026 | Becky Metzner | */s/ Becky Metzner* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**