Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders  (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

Counsel for Thomas H. Casey, Chapter 11 Trustee

**FILED & ENTERED**

**MAY 14 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jle        DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:25-bk-11898 MH |
| SERENADE NEWPORT, LLC., | Chapter 11 Proceeding |
| Debtor. | **ORDER REGARDING CHAPTER 11 TRUSTEE'S MOTION TO CLARIFY TERMS OF EMPLOYMENT OF REAL ESTATE AGENT (TIM SMITH OF COLDWELL BANKER REALTY)** |
| | Hearing Set: |
| | Date: May 26, 2026,<br>Time: 2:30 p.m.<br>Place: 411 W. Fourth St.<br>Santa Ana, CA 92701<br>Courtroom: 6C |

Ringstad & Sanders L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

The Court, having considered the Chapter 11 Trustee's Motion to Clarify Terms of Employment of Real Estate Agent and the Declaration of the Thomas H. Casey (the "Motion") [Docket No. 179 filed April 23, 2026], and the separate Notice of the Motion [Docket No. 180 filed April 23, 2026], the Court hereby orders that the Motion is set for hearing on May 26, 2026, at 2:30 p.m. in Courtroom 6C of the above-captioned court.

###

Date: May 14, 2026

Mark Houle
United States Bankruptcy Judge

Ringstad & Sanders
L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

- 2 -