Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile:  949-851-6926

Counsel for Thomas H. Casey,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re | Case No. 8:25-bk-11898 MH |
|---|---|
| SERENADE NEWPORT, LLC., | Chapter 11 Proceeding |
| Debtor. | **SUPPLEMENT TO DISCLOSURE STATEMENT DESCRIBING FIRST AMENDED CHAPTER 11 PLAN FILED BY CHAPTER 11 TRUSTEE** |
| | **Plan Confirmation Hearing:** <br> Date: <br> Time: <br> Place: _____ (Via ZoomGov) <br> 411 West Fourth Street <br> Santa Ana, CA 92701 |

Ringstad & Sanders
L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

## SUPPLEMENT TO DISCLOSURE STATEMENT DESCRIBING

## FIRST AMENDED PLAN.

All definitions described in Section II of the First Amended Plan apply to all terms used herein. As described in the Disclosure Statement Describing First Amended Chapter 11 Plan filed by the Trustee, the sole asset of this bankruptcy estate is certain residential real property consisting of a single-family home located at 1501 Serenade Terrace, Corona del Mar, CA 92625-1753 (the "Property"). The Sale closed on June 8, 2026. The claims of the Class 1 Creditor, the County of Orange for real property taxes, the Class 2 Creditor, the secured claim of PPRF, and the Class 3 Creditor, Sitlani Holdings, were all paid in full at the close of escrow and those claims are now fully satisfied. The sole remaining unpaid claims are unpaid administrative claims, and the claims of Class 4 Priority Unsecured Claims, and Class 5 General Unsecured Claims.

The Trustee has received net proceeds from the sale of the Property in the amount of $1,431,648.35. The net proceeds will be used for the payment of the remaining claims as described in the First Amended Plan and the Disclosure Statement.

Date: June 9 , 2026

By: _____
Thomas H. Casey,
Chapter 11 Trustee

SUBMITTED BY:

RINGSTAD & SANDERS LLP

By: _/s/ Todd C. Ringstad_
       Todd C. Ringstad
Counsel for Thomas H. Casey,
Chapter 11 Trustee

Ringstad & Sanders
L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

- 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
23101 Lake Center Drive, Suite 355, Lake Forest, Ca 92630.

A true and correct copy of the foregoing documents entitled (*specify*): **SUPPLEMENT TO DISCLOSURE STATEMENT DESCRIBING FIRST AMENDED CHAPTER 11 PLAN FILED BY CHAPTER 11 TRUSTEE**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 9, 2026  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Anthony Bisconti**    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Thomas H Casey (TR)**    msilva@tomcaseylaw.com, thc@trustesolutions.net
- **Matthew Tyler Davis**    tdavis@kbkllp.com
- **George Gerro**    george@gerrolaw.com
- **Robert P Goe**    rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Christopher J Harney**    charney@tocounsel.com, kmanson@tocounsel.com
- **Paul Jasper**    pjasper@perkinscoie.com, david.kline@rimonlaw.com
- **Steven J. Katzman**    skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Maxim B Litvak**    mlitvak@pszjlaw.com
- **Bahram Paya**    brian.paya@payafirm.com
- **Charles Pernicka**    charles@opuslawfirm.com
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Matthew Rosene**    mrosene@epgrlawyers.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **David B Zolkin**    dzolkin@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On   June 9, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark D. Houle, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Suite 6135, Courtroom 6C, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 9, 2026 | Becky Metzner | /s/ Becky Metzner |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**