Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
Telephone: (949) 851-7450
Facsimile:  (949) 851-6926

Counsel for Thomas H. Casey,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

SERENADE NEWPORT, LLC

Debtor.

Case No. 8:25-bk-11898 MH

Chapter 11 Proceeding

**TRUSTEE'S REPORT OF SALE PURUSANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 6004(f)(1)**

[1501 Serenade Terrace, Corona del Mar, California 92625]

Hearing:
Date:        May 26, 2026
Time:       2:30 p.m.
Place:      Courtroom 6C
               411 West Fourth Street
               Santa Ana, CA 92701

TO THE HONORABLE MARK HOULE, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE DEBTOR'S ATTRONEY, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL PARTIES IN INTERES:

Thomas H. Casey, Chapter 11 Trustee ("Trustee") for the bankruptcy estate of Serenade Newport, LLC ("Debtor") hereby submits a Report of Sale pursuant to Federal Rules of Bankruptcy Procedure 6004(f)(1), Local Bankruptcy Rule 6004-1(g) and the Handbook for Chapter 7 Trustees.

1.     On April 30, 2026, the Trustee caused to be filed the Motion of Chapter 11 Trustee for Order: (1) Approving the Sale of Real Property of the Estate, Free and Clear of Liens, Claims, and Encumbrances, Pursuant to 11 U.S.C. §§ 363(b), 363(f), and 363(m); (2) Approving Overbid Procedures; (3) Authorizing the Trustee to Pay Allowed Secured Claims, Costs of Sale, and Broker Commissions in Full from Net Sale Proceeds, and (4) Waiving the Stay of Rule 6004(h) (the "Trustee's Sale Motion") [Doc. 186] relating to the real property of the bankruptcy estate located at 1501 Serenade Terrace, Corona Del Mar, CA 92625 (the "Property").

2.     A hearing on the Trustee's Sale Motion, came on for hearing on May 26, 2026 at 2:30 p.m. in Courtroom 6C of the above-entitled Court.

3.     By Order entered May 29, 2026 [Doc. 208], the Trustee's Sale Motion was granted and the Property was sold to buyers, Jacob Sweidan, for the purchase price of $8,200,000.00. Escrow closed on June 8, 2026 and the Trustee has received the net sum of $1,431,648.35 from the property sale. A true and correct of the final Closing Statement is attached hereto as Exhibit "1".

Dated: June 10, 2026
       15

Respectfully Submitted,

_____
Thomas H. Casey,
Chapter 11 Trustee

Ringstad & Sanders
L.L.P.
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
949.851.7450

- 2 -

EXHIBIT '1'


**ESCROW SERVICES, INC.**

15250 Ventura Blvd, Suite 715
Sherman Oaks, CA 91403

Phone: (310) 550-6055
Fax: (310) 550-6130

### SELLER'S FINAL SETTLEMENT STATEMENT

| | | | |
|---|---|---|---|
| **PROPERTY:** | 1501 Serenade Terrace<br>Corona del Mar, CA 92625 | **DATE:** | June 8, 2026 |
| **SELLER:** | Bankruptcy Estate of Serenade<br>Newport, LLC | **CLOSING DATE:**<br>**ESCROW NO.:** | June 8, 2026<br>106328-AA |

| | DEBITS | CREDITS |
|---|---|---|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 8,200,000.00 |
| | | |
| **PAYOFF CHARGES - PPRF REIT** | | |
| **[Total Payoff $5,829,292.54]** | | |
| Principal Balance | 5,278,125.00 | |
| Interest on Principal Balance from 08/01/2025 to 06/05/2026 | 446,727.30 | |
| Interest on Principal Balance at $1,464.6800/day from 06/06/2026 to 06/09/2026 | 5,858.72 | |
| Late Fees | 39,546.36 | |
| Servicer Fees | 59,035.16 | |
| | | |
| **PAYOFF CHARGES - Sitlani/Tilokani** | | |
| **[Total Payoff $561,132.01]** | | |
| Principal Balance | 500,000.00 | |
| Interest on Principal Balance from 08/01/2025 to 06/05/2026 | 55,027.08 | |
| Interest on Principal Balance at $180.4200/day from 06/06/2026 to 06/09/2026 | 721.68 | |
| Late Fees | 4,871.25 | |
| Servicer Fees | 512.00 | |
| | | |
| **PRORATIONS/ADJUSTMENTS** | | |
| 2nd 1/2 County Taxes 2025-26 at $31,889.95/semi-annually from 06/08/2026 to 07/01/2026 | | 4,074.83 |
| HOA Annual Dues at $875.00/annually from 06/08/2026 to 12/31/2026 | | 493.40 |
| 2nd 1/2 Supplemental Taxes 25-26 at $5,202.49/semi-annually from 06/08/2026 to 07/01/2026 | | 664.76 |
| | | |
| **COMMISSION CHARGES** | | |
| Coldwell Banker Residential Brokerage | 82,000.00 | |
| Coldwell Banker Realty | 164,000.00 | |
| | | |
| **H.O.A./MANAGEMENT** | | |
| Owners Current Balance good thru 4/8/26 to Irvine Terrace Community Association | 25.44 | |
| Hold for pending late fees and interest to Irvine Terrace Community Association | 100.00 | |
| Document Fees to First Service Residential | 1,378.00 | |
| Updated Demand Fee to First Service Residential | 150.00 | |
| | | |
| **OTHER DEBITS/CREDITS** | | |
| MyNHD, Inc. for NHD Disclosure Report | 74.95 | |

Date:  June 8, 2026

Escrow No.:  106328-AA

Page 2 of 2:

| | DEBITS | CREDITS |
|---|---|---|
| First American Home Warranty for home warranty | 1,240.00 | |
| Ambiance Home for Staging Fee | 27,700.00 | |
| **TITLE/TAXES/RECORDING CHARGES – Lawyers Title Company** | | |
| Title - Owner's Title Insurance | 6,941.00 | |
| Title - Messenger Fee | 28.50 | |
| Title - Sub Escrow Fee | 62.50 | |
| Recording Court Order Approving Sale | 105.00 | |
| Transfer Tax - County to Orange County | 9,020.00 | |
| 1st 1/2 Taxes 25-26 + penalty to Orange County Tax Collector | 35,078.94 | |
| 2nd 1/2 Taxes 25-26 + penalty to Orange County Tax Collector | 35,101.94 | |
| 1st 1/2 Supplemental Taxes 25-26 +penalty to Orange County Tax Collector | 5,722.73 | |
| 2nd 1/2 Supplemental Taxes 25-26 +penalty to Orange County Tax Collector | 5,745.73 | |
| **ESCROW CHARGES - A & A Escrow Services, Inc.** | | |
| Title - Escrow Fee | 8,200.00 | |
| Title - 1099 Processing Fee to A & A Escrow Services Inc. | 75.00 | |
| Title - Documentation Processing Fee | 250.00 | |
| Title - HOA Processing Fee | 150.00 | |
| Title - Wire Fee to A & A Escrow Services Inc. | 25.00 | |
| Title - File Archive Fee* to Archive It! | 75.00 | |
| **Net Proceeds** | 1,431,558.71 | |
| **TOTAL** | $ 8,205,232.99 | $ 8,205,232.99 |

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**

Exhibit "1"

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
23101 Lake Center Drive, Suite 355, Lake Forest, Ca 92630.

A true and correct copy of the foregoing documents entitled (*specify*): **TRUSTEE'S REPORT OF SALE PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 6004(F)(1)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>June 15, 2026</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Anthony Bisconti**    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Thomas H Casey (TR)**    msilva@tomcaseylaw.com, thc@trustesolutions.net
- **Matthew Tyler Davis**    tdavis@kbkllp.com
- **George Gerro**    george@gerrolaw.com
- **Robert P Goe**    rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Christopher J Harney**    charney@tocounsel.com, kmanson@tocounsel.com
- **Paul Jasper**    pjasper@perkinscoie.com, david.kline@rimonlaw.com
- **Steven J. Katzman**    skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Maxim B Litvak**    mlitvak@pszjlaw.com
- **Bahram Paya**    brian.paya@payafirm.com
- **Charles Pernicka**    charles@opuslawfirm.com
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Matthew Rosene**    mrosene@epgrlawyers.com
- **Traci L Shafroth**    tshafroth@kbkllp.com, jminga@kbkllp.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **David B Zolkin**    dzolkin@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

☐ Service information continued on attached page

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>:
On <u>June 15, 2026</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Mark D. Houle, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Suite 6135, Courtroom 6C, Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| June 15, 2026 | Becky Metzner | /s/ Becky Metzner |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.