Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
**RINGSTAD & SANDERS LLP**
23101 Lake Center Drive
Suite 355
Lake Forest, CA 92630
Telephone: 949-851-7450
Facsimile: 949-851-6926

Counsel for Thomas H. Casey,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>SERENADE NEWPORT, LLC.,<br><br>Debtor. | Case No. 8:25-bk-11898 MH<br><br>Chapter 11 Proceeding<br><br>**DECLARATION OF TODD C. RINGSTAD REGARDING BALLOT TALLY IN SUPPORT OF CONFIRMATION OF MODIFIED SECOND AMENDED CHAPTER 11 PLAN**<br><br>**<u>Plan Confirmation Hearing</u>**<br>**Date: September 29, 2026**<br>**Time: 3:00 p.m.**<br>**Place: Courtroom 6C**<br>**411 W. Fourth Street**<br>**Santa Ana, CA 92701** |

**TO THE HONORABLE MARK HOULE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

Thomas H. Casey, Chapter 11 Trustee (the "Trustee") in the above-captioned Chapter 11 bankruptcy proceeding of *Serenade Newport, LLC.* (the "Debtor"), hereby submits the Declaration of Todd C. Ringstad Regarding Ballot Analysis and Tally in Support of Confirmation of Modified Second Amended Chapter 11 Plan of Reorganization. The Plan Confirmation hearing scheduled in

this case on September 29, 2026 at 3:00 p.m. before the Honorable Mark Houle, United States Bankruptcy Judge.

Dated: August 25, 2026 RINGSTAD & SANDERS LLP

By /s/ Todd C. Ringstad
Todd C. Ringstad
Counsel for Thomas H. Casey, Chapter 11 Trustee

**DECLARATION OF TODD C. RINGSTAD**

I, Todd C. Ringstad, declare:

1. The following matters are true and correct and within my own personal knowledge. If called as a witness, I could and would competently testify thereto. I am an attorney at law licensed to practice in the state of California and before this Court. I am a partner in Ringstad & Sanders LLP (the "Firm"), general insolvency counsel to Thomas H. Casey, the duly appointed and acting Chapter 11 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of *Serenade Newport, LLC.* ("Serenade" or the "Debtor").

2. The Trustee has, with the approval of this Court, solicited ballots from creditors for the Modified Second Amended Chapter 11 Plan of Reorganization (the "Plan") (Docket No. 231).

3. Based upon the Order (1) Approving Disclosure Statement Describing Modified Second Amended Plan Filed by Chapter 11 Trustee; (2) Scheduling Hearing Confirmation of Second Amended Chapter 11 Plan; and (3) Setting Deadlines Related to Plan Confirmation (the "Order") (Doc. No. 234), the last day for receiving timely ballots was August 11, 2026.

4. For purposes of the ballot tally analysis, each creditor's ballot was tallied as to the amount listed on the plan ballot. If no amount was provided on the ballot, the creditor's ballot was tallied based on the amount(s) listed on the Debtor's Schedules and/or amendments thereto, or on the creditor's proof of claim (if any).

5. **Class 1 – Allowed Secured Claims**.

The principals of the Debtor, Michael John Gerro, Trustee of the MJ Gerro Trust ("Gerro") and Sahand Zargari ("Zargari"), each filed a proof of claim asserting a secured claim in the amount of $760,619.24. However, counsel for both Gerro and Zargari has notified counsel for the Trustee that they will consider their claim as general unsecured creditors and do not assert a security interest in the remaining assets of the Estate. This Class is therefore identified in an abundance of caution in the event that secured claims are asserted in this case that are deemed valid and timely.

There were no Class 1 ballots cast.

6. **Class 2 – Priority Unsecured Claims.**

Certain priority claims that are referred to in Code Sections 507(a)(3), (4), (5), (6), and (7) are required to be placed in classes. These types of claims are entitled to priority treatment as follows: the Code requires that each holder of such a claim receive cash on the Effective Date equal to the allowed amount of such claim. However, a class of unsecured priority claim holders may vote to accept deferred cash payments of a value, as of the Effective Date, equal to the allowed amount of such claims.

One timely Priority Unsecured Claim has been filed which is Claim No. 11 filed by the Franchise Tax Board and asserting a priority unsecured claim in the amount of $800. The Trustee does not intend to object to the claim of the Franchise Tax Board.

Sufficient funds are available to pay all allowed Class 2 claims in full. Therefore, the Class 2 claimant is unimpaired under the Plan, is deemed to have accepted the Plan, and is not entitled to vote. Class 2 was therefore not sent a Ballot.

7. **Class 3 – Class of General Unsecured Claims.**

Class 3 consists of all Allowed General Unsecured Claims not entitled to priority under Code Section 507(a).

Holders of Allowed Class 3 Claims will receive distributions on account of their Allowed Claims from the available liquid funds of the estate, after payment in full of all Allowed Secured Claims (Class 1, detailed above), all Allowed Administrative Claims asserted against the Estate, and all Allowed Class 3 Claims, and establishment of any reserves allowed by this Plan. In the event that the available funds are sufficient to pay in full the amount of Allowed Class 3 Claims, then Class 3 Claims shall be entitled to receive pro rata payments of interest on their claims from the Petition Date to the date of payment at the Federal Judgment Rate in effect on the Effective Date of the Plan.

In the event the net proceeds from the sale of the Property are insufficient to pay the Class 3 Allowed Claims in full, holders of Allowed Class 3 Claims will receive Pro-Rata Distributions on account of their Allowed Claims.

The Class 3 claimants are listed as impaired under the Plan due to concern that there may not be sufficient funds available to pay those claims in full. Class 3 claimants thus all received Class 3 Ballots. A total of 2 Class 3 ballots were received. Both Class 3 claimants who returned ballots voted to accept the Plan. The total dollar amount of the claimants of Class 3 who voted in acceptance of the Plan was $15,134,994.73. The following are the mathematical calculations made in accordance with 11 U.S.C. Section 1126(c) in determining the percentages of dollar "amount" and "number" of creditors voting in favor of the Plan:

| **Class 3** | **Dollar Amount** | **Number** |
|---|---|---|
| Total Qualified Votes | $15,134,994.73 | 2 |
| Total Acceptances | $15,134,994.73 | 2 |
| Total Rejections | $0.00 | 0 |
| Percentage Accepting | 100% | |

Based upon this tally, **Class 3 has voted to accept the Plan.** A summary of the Class 3 ballots received is attached hereto as Exhibit "1" and incorporated herein by this reference. True and correct copies of the Class 7 ballots received are attached hereto as Exhibit "2".

8. **<u>Class 4 – Interests in the Debtor.</u>**

Class 4 Holders of Interest in the Debtor consist of the Insiders holding membership interests in the Debtor LLC. The Trustee is informed and believes that Sahand Zagari and Michael J. Gerro, Trustee of the Gerro Family Trust are the sole interest holders in the Debtor.

The excess Net Sale Proceeds from a sale of the Property, if any, after satisfaction of all Allowed Claims asserted against the Estate in accordance with this Plan, will be distributed to the Class 4 Interest holders, pro rata. It is not presently anticipated that there will be any funds remaining after distribution to Classes 1, 2 and 3 for a distribution to Class 4 Interests.

There were <u>no</u> Class 4 ballots cast.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of August 2026 at Lake Forest, California.

Todd C. Ringstad

**SERENADE NEWPORT, LLC.**
**Case No. 8:25-bk-11898 MH**

**BALLOT TALLY**
**CLASS 3**

| Name | Acceptance Amount | Rejection Amount |
|---|---|---|
| **Brian Gadol**<br>1954 Port Seabourne Way<br>Newport Beach, CA 92660<br>949 422-1410<br>bgadol@gmail.com | $8,457,550.40 | $0.00 |
| **Darren Testa**<br>5005 Seashore Drive<br>Unit A<br>Newport Beach, CA 92663<br>949 836-3535<br>darrente@gmail.com | $6,677,444.33 | |
| TOTAL | $15,134,994.73 | $0.00 |

Todd C. Ringstad, SBN 97345
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
Telephone: 949 851-7450
Facsimile: 949 851-6926
Attorney for Plan Proponent: Thomas H. Casey, Chapter 11 Trustee

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 11<br>CASE NO.: 8:25-bk-11898 MH |
| In re:<br><br>**SERENADE NEWPORT, LLC.**<br>Debtor | **PLAN CONFIRMATION HEARING**<br>DATE: September 29, 2026<br>TIME: 3:00 p.m.<br>CTRM: 6C (via ZoomGov)<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

# BALLOT FOR ACCEPTING OR REJECTING PLAN
# (CLASS 3 – GENERAL UNSECURED CLAIMS)

1. Proponent of Plan Thomas H. Casey, Chapter 11 Trustee ("Trustee") for the bankruptcy estate of Serenade Newport, LLC, filed his Modified Second Amended Plan ("Plan") on July 14, 2026. The Trustee has sent this Ballot to you because our records indicate that you are a Holder of a **Class 3** claim, and accordingly, you may have a right to vote to accept or reject the Plan. By this Ballot you may vote to accept or reject the Plan.

2. The Court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Trustee's attorney at the address set forth above. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

3. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in **Class 3** under the Plan. If you hold claim(s) or equity interests in more than one Class, you will receive a Ballot for each Class in which you are entitled to vote. If you believe you have received a ballot for the incorrect Class, you may contact the Trustee's attorney at the address set forth above.

4. If your completed and executed Ballot is not received by the proponent's attorney Todd C. Ringstad, Esq., Ringstad & Sanders LLP, 23101 Lake Center Drive, Suite 355, Lake Forest, CA 92630; Facsimile 949-851-6926; Email: becky@ringstadlaw.com on or before **August 11, 2026 at 5:00 p.m.**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan, unless the Court otherwise determines that a non-vote will be treated as a rejection of the plan.

5. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

6. The undersigned certifies that as of the date below, the undersigned was a Holder (or an authorized signatory for the Holder) of a **Class 3** claim in the following principal amount: $ 8,457,550.40

7. **The undersigned** *[check one box only]*:

☒ **ACCEPTS THE PLAN** ☐ **REJECTS THE PLAN**

Dated: August 5, 2026

Name of Creditor *[print or type]*: Bryan Gadol

Signature: [signature]

Name of Signatory *[if other than Creditor]* ______________________

Title *[if business entity]*: ______________________

Address: 1954 Port Seabourne Way
Newport Beach, CA 92660

Telephone No. (949) 422-1410

Email Address (Optional) bgadol@gmail.com

**RETURN THIS BALLOT TO:**
Todd C. Ringstad, Esq.
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Ste. 355
Lake Forest, CA 92630

Telephone: 949 851-7450
Fax No.: 949 851-6926
Email: becky@ringstadlaw.com

Todd C. Ringstad, SBN 97345
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Suite 355
Lake Forest, CA 92630
Telephone: 949 851-7450
Facsimile: 949 851-6926
Attorney for Plan Proponent: Thomas H. Casey, Chapter 11 Trustee

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 11<br>CASE NO.: 8:25-bk-11898 MH |
| In re:<br><br>**SERENADE NEWPORT, LLC.**<br><br>Debtor | **PLAN CONFIRMATION HEARING**<br>DATE: September 29, 2026<br>TIME: 3:00 p.m.<br>CTRM: 6C (via ZoomGov)<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

## BALLOT FOR ACCEPTING OR REJECTING PLAN (CLASS 3 – GENERAL UNSECURED CLAIMS)

1. Proponent of Plan Thomas H. Casey, Chapter 11 Trustee ("Trustee") for the bankruptcy estate of Serenade Newport, LLC, filed his Modified Second Amended Plan ("Plan") on July 14, 2026. The Trustee has sent this Ballot to you because our records indicate that you are a Holder of a **Class 3** claim, and accordingly, you may have a right to vote to accept or reject the Plan. By this Ballot you may vote to accept or reject the Plan.

2. The Court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Trustee's attorney at the address set forth above. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

3. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in **Class 3** under the Plan. If you hold claim(s) or equity interests in more than one Class, you will receive a Ballot for each Class in which you are entitled to vote. If you believe you have received a ballot for the incorrect Class, you may contact the Trustee's attorney at the address set forth above.

4. If your completed and executed Ballot is not received by the proponent's attorney Todd C. Ringstad, Esq., Ringstad & Sanders LLP, 23101 Lake Center Drive, Suite 355, Lake Forest, CA 92630; Facsimile 949-851-6926; Email: becky@ringstadlaw.com on or before **August 11, 2026 at 5:00 p.m.**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan, unless the Court otherwise determines that a non-vote will be treated as a rejection of the plan.

5. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

6. The undersigned certifies that as of the date below, the undersigned was a Holder (or an authorized signatory for the Holder) of a **Class 3** claim in the following principal amount: $6,677,444.33

7. **The undersigned** *[check one box only]*:

☒ **ACCEPTS THE PLAN** ☐ **REJECTS THE PLAN**

Dated: 8-5-, 2026

Name of Creditor *[print or type]*: DARREN TESTA

Signature: [signature]

Name of Signatory *[if other than Creditor]* ______

Title *[if business entity]*: ______

Address: 5005 SEASHORE DR. UNIT A NB, CA 92663

Telephone No. 949-836-3535

Email Address (Optional) DARRENTE@GMAIL.COM

**RETURN THIS BALLOT TO:**

Todd C. Ringstad, Esq.
RINGSTAD & SANDERS LLP
23101 Lake Center Drive, Ste. 355
Lake Forest, CA 92630

Telephone: 949 851-7450
Fax No.: 949 851-6926
Email: becky@ringstadlaw.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 23101 Lake Center Drive, Suite 355, Lake Forest, Ca 92630.

A true and correct copy of the foregoing documents entitled (*specify*): **DECLARATION OF TODD C. RINGSTAD REGARDING BALLOT TALLY IN SUPPORT OF CONFIRMATION OF MODIFIED SECOND AMENDED CHAPTER 11 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 25, 2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello rbello@goeforlaw.com, kmurphy@goeforlaw.com**
- **Anthony Bisconti tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com**
- **Thomas H Casey (TR) msilva@tomcaseylaw.com, thc@trustesolutions.net**
- **Matthew Tyler Davis tdavis@kbkllp.com**
- **George Gerro george@gerrolaw.com**
- **Robert P Goe rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com**
- **Christopher J Harney charney@tocounsel.com, kmanson@tocounsel.com**
- **Paul Jasper paul.jasper@ashurstperkins.com, david.kline@rimonlaw.com**
- **Steven J. Katzman skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com**
- **Maxim B Litvak mlitvak@pszjlaw.com**
- **Bahram Paya brian.paya@payafirm.com**
- **Charles Pernicka charles@opuslawfirm.com**
- **Todd C. Ringstad becky@ringstadlaw.com, arlene@ringstadlaw.com**
- **Matthew Rosene mrosene@epgrlawyers.com**
- **Traci L Shafroth tshafroth@kbkllp.com, staff@kbkllp.com**
- **United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov**
- **David B Zolkin dzolkin@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On August 25, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark D. Houle, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Suite 6135, Courtroom 6C, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 25, 2026 | Becky Metzner | */s/ Becky Metzner* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |