# United States Bankruptcy Court
# Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593**

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

**DEBTOR(S) INFORMATION:**
Serenade Newport, LLC
**SSN:** N/A
**EIN:** 39−2710282

500 N. State College Blvd.
Suite 1100
Orange, CA 92868

**BANKRUPTCY NO.** 8:25−bk−11898−MH
**CHAPTER** 11

Notice is hereby given of the entry of an order of this Court confirming a chapter 11 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: September 30, 2026

For The Court,
**Kathleen J. Campbell**
Clerk of Court